HOWARD E. KING, ESQ. (State Bar No. 77012)
hking@khpslaw.com
SETH MILLER, ESQ. (State Bar No. 175130)
smiller@khpslaw.com
KING, HOLMES, PATERNO & SORIANO, LLP
1900 Avenue Of The Stars, 25th Floor
Los Angeles, California 90067-4506
Telephone: (310) 282-8989
Facsimile: (310) 282-8903
Attorneys for Plaintiff

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
KURUVILLA J. OLASA (State Bar No. 281509)
kuruvilla.olasa@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702
Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SISYPHUS TOURING, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TMZ PRODUCTIONS, INC., TMZ.COM, EHM PRODUCTIONS, INC., WARNER BROS. ENTERTAINMENT INC., DOES 1-10,<br><br>　　　　　　Defendants.<br> | Case No. 2:15-CV-09512-RSWL-PJW<br><br>**STIPULATED FACTS FOR SUMMARY JUDGMENT MOTIONS** |
| TMZ PRODUCTIONS, INC., EHM PRODUCTIONS, INC., AND | |

STIPULATED FACTS FOR S. JUDG. MOTS.

| | |
|---|---|
| 1 | WARNER BROS. ENTERTAINMENT INC., |
| 2 | |
| 3 | Third Party Plaintiffs, |
| 4 | vs. |
| 5 | NAEEM MUNAF |
| 6 | Third Party Defendant. |

Plaintiff Sisyphus Touring, Inc., and Defendants MBLC Productions Inc. (formerly called TMZ Productions, Inc.),[1] TMZ.com, EHM Productions, Inc., and Warner Bros. Entertainment Inc., ("Defendants") stipulate that Plaintiff and Defendants may rely on the following uncontroverted facts solely for the purposes of their respective motions for summary judgment and/or partial summary judgment, which will be briefed in accordance with the July 6, 2016 Order (Dkt. No. 39):

1. Plaintiff Sisyphus Touring, Inc. ("Plaintiff" or "Sisyphus") is a for-profit corporation that is co-owned by and *inter alia* furnishes the professional services of Jared Leto in connection with certain of his professional activities.

2. Mr. Leto is a well-known actor and recording artist, and a member of the band "Thirty Seconds to Mars."

3. On September 8, 2015, Jared Rosenberg, a representative of Sisyphus, contacted third-party defendant Naeem Munaf about shooting video footage of Mr. Leto in the recording studio in Mr. Leto's home.

4. Prior to September 8, 2015, Mr. Munaf had no relationship with Sisyphus, Mr. Leto or Mr. Rosenberg other than an introductory email exchange between Mr. Rosenberg and Mr. Munaf in early September

---

[1] Defendant TMZ Productions, Inc. has changed its name to MBLC Productions Inc.

2
STIPULATED FACTS FOR S. JUDG. MOTS.

|   |   |   |
|---|---|---|
|   |   | 2015.  Mr. Munaf was not an employee of Sisyphus on September 8, 2015, and he has never been an employee of Sisyphus. |
|   | 5. | On the evening of September 8, 2015, Mr. Munaf went to Mr. Leto's studio and shot video footage of Mr. Leto in his studio (the "Munaf Video"). |
|   | 6. | Mr. Munaf used his own equipment to shoot the Munaf Video.  No one else operated Mr. Munaf's equipment while he shot the Munaf Video. |
|   | 7. | Prior to shooting the Munaf Video, Mr. Munaf did not sign any written agreement with Sisyphus providing that the Munaf Video would be a work made for hire.  Sisyphus did not present Mr. Munaf with a written agreement for him to sign on or before September 8, 2015, that stated that the Munaf Video would be a work made for hire. |
|   | 8. | EHM Productions, Inc. ("EHM") and MBLC Productions Inc. (formerly called TMZ Productions, Inc.) ("MBLC")  own and operate the website TMZ.com.  Warner Bros. Entertainment Inc. ("WBE") is the indirect parent company of EHM and MBLC.  Defendants EHM and MBLC are for-profit companies engaged in commercial activities, including in relation to TMZ.com, and are referred to herein jointly as "TMZ."  WBE is a for-profit company engaged in commercial activities. |
|   | 9. | TMZ.com is a website that reports on celebrity news. TMZ earns revenue from advertising that is displayed on TMZ.com. |
|   | 10. | On December 4, 2015, at 12:12 a.m., Mr. Munaf, using the pseudonym "Jake Miller," sent a message to TMZ through "TMZ Ideas," stating, "Jared Leto says 'f#$% her [Taylor Swift] i don't give a f#$% about her' while working on a song.  high res clip available."  Mr. Munaf's message included a link to a "We Transfer" weblink.  The document |

produced by Defendants at EHM000040 is a true and correct copy of Mr. Munaf's message to TMZ.[2]

11. TMZ representative Anthony Dominic subsequently contacted Mr. Munaf on December 4, 2015, concerning the Munaf Video.

12. At 1:17 p.m. on December 4, 2015, Nikki Hendry, a TMZ representative, sent Mr. Munaf an email, stating *inter alia*: "Per our conversation both parties have agreed that TMZ will pay you $2,000.00 USD for the outright purchase of 1 video of Jared Leto talking about Taylor Swift. When you have a moment: can you please send me an email back stating 'I agree' to the terms of the agreement. I have also attached the contract and W-9 forms. Please print and fill them out and either fax, or scan and email back to me OR take a good clear cell phone photo of the docs and email them back to me. A check will be sent to you in the next 2-3 weeks."

13. The documents produced by Defendants at EHM0000253-258 are true and correct copies of the email and attachments described in Paragraph 12.

14. On December 4, 2015, at 1:20 p.m., Mr. Munaf responded to the email described in Paragraph 12 as follows: "I agree. Sending video to Anthony. I will send these forms back soon."

15. The document produced by Defendants at EHM000113 is a true and correct copy of the email sent by Mr. Munaf to TMZ and described in Paragraph 14.

---

[2] To protect the privacy of individuals referenced in these documents, the parties have agreed to redact email addresses and telephone numbers for individuals from the documents they will submit to the Court. Should the Court require it, the parties will provide unredacted versions of these documents.

16. On December 4, 2015, Mr. Munaf provided TMZ the weblink to an excerpt of the Munaf Video in which Mr. Leto discusses Taylor Swift's music.

17. On December 4, 2015, at 1:36 p.m., Ms. Hendry sent an email to TMZ's news desk. The subject line of this email was: "We now OWN and can distribute video of Jared Leto talking about Taylor Swift." The document produced by Defendants at EHM000038 is a true and correct copy of this email from Ms. Hendry.

18. On December 6, 2015 at approximately 4:00 p.m., TMZ informed a publicist for Mr. Leto that it intended to publish on TMZ.com a video of Mr. Leto discussing Ms. Swift. Later that same day, Mr. Leto's publicist informed Mr. Leto and Sisyphus representatives that TMZ intended to publish on TMZ.com a video of Mr. Leto discussing Ms. Swift.

19. On December 6, 2015, Mr. Leto and his representatives represented to TMZ that the Munaf Video was stolen.

20. On December 6, 2015, at or after 10:47 p.m., Mr. Rosenberg contacted Mr. Munaf about his signing a non-disclosure agreement. STI000007-19 is a true and correct copy of an exchange of text messages between Mr. Munaf and Mr. Rosenberg. Mr. Munaf's text messages to Mr. Rosenberg appear on the left and Mr. Rosenberg's text messages to Mr. Munaf appear on the right.

21. On December 7, 2015, at 12:12 a.m., Mr. Leto's representatives sent TMZ an email stating that Mr. Leto owned the copyright to the Munaf Video. The document produced by Plaintiff at STI000035-000036 is a true and correct copy of the email described in this Paragraph 21.

22. At 12:15 a.m. on December 7, 2015, Mr. Munaf sent Sisyphus a scanned copy of a document entitled "NON-DISCLOSURE

|   |     |   |
|---|-----|---|
| 1 |     | AGREEMENT" between Mr. Munaf and Sisyphus.  The agreement |
| 2 |     | states *inter alia*:  "Acknowledged and agreed as of this date: 12/06/15, |
| 3 |     | 2015."  The document produced by Plaintiff at STI00099-00101 is a |
| 4 |     | true and correct copy of this agreement as signed by Mr. Munaf. |
| 5 | 23. | On December 7, 2015, at 1:00 a.m., an approximately 1 minute and 10 |
| 6 |     | second excerpt of the Munaf Video in which Mr. Leto discusses Taylor |
| 7 |     | Swift's music (the "Taylor Swift Excerpt") was published on |
| 8 |     | TMZ.com, together with an accompanying article written by TMZ staff |
| 9 |     | and commenting on the Taylor Swift Excerpt.  The video file produced |
| 10|     | by Plaintiff on June 3, 2016 on media disk STI00116 and entitled |
| 11|     | "JLeto Screw Taylor Swift But Id Love One of Her Hits |
| 12|     | TMZcom.mp4" contains a true and correct copy of the Taylor Swift |
| 13|     | Excerpt.  The document produced by Plaintiff at STI000020 contains a |
| 14|     | true and correct copy of the accompanying article written by TMZ |
| 15|     | staff.  The document produced by Plaintiff at STI000020-STI000025 |
| 16|     | contains a true and correct copy of a relatively recent print-out of the |
| 17|     | TMZ.com webpage where the Taylor Swift Excerpt and accompanying |
| 18|     | article are published on TMZ.com. |
| 19| 24. | On December 7, 2015, at 1:14 a.m., Mr. Munaf sent Mr. Dominic an |
| 20|     | email stating: "do not post the footage. i do not own it. i do not have |
| 21|     | permission. i will not be signing any w-9 or agree to get paid forms." |
| 22|     | The document produced by Defendants at EHM0000083-84 contains a |
| 23|     | true and correct copy of the email from Mr. Munaf to Mr. Dominic. |
| 24|     | Mr. Munaf sent the same email to Ms. Hendry at 1:14 a.m. on |
| 25|     | December 7, 2015. |
| 26| 25. | On December 7, 2015, at 4:20 a.m., Mr. Munaf sent TMZ a message |
| 27|     | through a submission form on TMZ.com stating "REMOVE JARED |
| 28|     | LETO POST NOW. MY CONTACT AT TMZ IS ANTHONY |

STIPULATED FACTS FOR S. JUDG. MOTS.

|   |   |   |
|---|---|---|
| 1 |  | DOMINIC. I DID NOT OWN THAT FOOTAGE NOR HAVE |
| 2 |  | PERMISSION. REMOVE NOW. I AM NOT FILLING OUT ANY W- |
| 3 |  | 9 OR AGREE TO GET PAID FORMS." The document produced by |
| 4 |  | Defendants at EHM0000025 contains a true and correct copy of this |
| 5 |  | message as received by TMZ. |
| 6 | 26. | Mr. Munaf has not returned to TMZ the signed contract or completed |
| 7 |  | W-9 form attached to the email described in Paragraph 13. TMZ has |
| 8 |  | not paid Mr. Munaf any of the $2,000.00 USD referenced in the email |
| 9 |  | and attachments described in paragraph 12. |
| 10 | 27. | On December 7, 2015, at 8:47 p.m., Mr. Munaf sent an email to Mr. |
| 11 |  | Rosenberg in which he stated, *inter alia*: "After agreeing to give TMZ |
| 12 |  | the footage for a financial gain of $2,000, I don't begin to describe how |
| 13 |  | guilty I felt and stressed from that moment and that no amount of |
| 14 |  | money would be worth the humiliation that I know I have caused for |
| 15 |  | Jared and you, JR … Whatever I thought my intent was, I did not sign |
| 16 |  | the agreement that TMZ provided nor fill out the W-9, because after |
| 17 |  | my decision I felt I could not agree to take the money." The document |
| 18 |  | produced by Plaintiff at STI000125-126 is a true and correct copy of |
| 19 |  | the email sent by Mr. Munaf to Mr. Rosenberg at 8:47 p.m. on |
| 20 |  | December 7, 2015. |
| 21 | 28. | On December 7, 2015, at 11:16 a.m., Mr. Munaf signed a second |
| 22 |  | agreement entitled "NON-DISCLOSURE AGREEMENT" with |
| 23 |  | Sisyphus. This agreement states *inter alia*: "Acknowledged and |
| 24 |  | agreed as of this date: 9/8/15, 2015." The document produced by |
| 25 |  | Plaintiff at STI000103-000105 is a true and correct copy of the second |
| 26 |  | non-disclosure agreement signed by Mr. Munaf on December 7, 2015. |
| 27 |  | The document produced by Plaintiff at STI000067-69 is a true and |
| 28 |  |  |

7

1    correct copy of the second non-disclosure agreement signed by Mr.
2    Munaf on December 7, 2015, and also signed by Plaintiff.
3    29.  Mr. Munaf first sent the Munaf Video to Sisyphus on December 7,
4    2015.
5    30.  Sisyphus registered four excerpts of the Munaf Video with the
6    Copyright Office on December 7, 2015.  The excerpts of the Munaf
7    Video registered and deposited by Sisyphus with the Copyright Office
8    total 12 minutes and 8 seconds of video recording.  The videos
9    produced by Plaintiff on June 3, 2016 on media disk STI00115 and
10   entitled "MVI_0007.MP4," "MVI_0008.MP4," "MVI_0009.MP4," and
11   "MVI_0030.MP4" constitute the portions of the Munaf Video
12   registered and deposited by Sisyphus with the Copyright Office
13   ("Deposited Footage").  The Deposited Footage contains, *inter alia,* all
14   of the excerpts from the Munaf Video used in the Taylor Swift Excerpt.
15   The document produced by Plaintiff at STI000107 is a true and correct
16   copy of the Written Summary of the Deposited Footage that was
17   submitted by Plaintiff to the Copyright Office along with the Deposited
18   Footage.  The document produced by Plaintiff at STI000109-111 is a
19   true and correct copy of the copyright registration application that was
20   submitted by Plaintiff to the Copyright Office to register the Deposited
21   Footage.
22   31.  The Deposited Footage has not been published or disseminated in any
23   form other than the excerpts that comprise the Taylor Swift Excerpt
24   that were published on TMZ.com, as described in Paragraph 23.  There
25   is no evidence that the Deposited Footage had been published or
26   disseminated, in whole or in part, prior to the publication of the Taylor
27   Swift Excerpt on TMZ.com.
28

8
STIPULATED FACTS FOR S. JUDG. MOTS.

32. The Taylor Swift Excerpt as published on TMZ.com has a running time of approximately one minute and fourteen seconds.  One minute and ten seconds of the Taylor Swift Excerpt consists of excerpts from the 12 minutes and 8 seconds of Deposited Footage.  TMZ added the following to the Taylor Swift Excerpt that runs on TMZ.com, i.e., the video as displayed on TMZ.com but not including the accompanying article described in Paragraph 23: (1) the caption "Jared Leto: Screw Taylor Swift But I'd Love One of Her Songs: TMZ.com," which appears in the upper left hand corner of the video image when that corner of the image is selected by the viewer (*i.e.*, using a computer mouse); (2) a TMZ logo in the upper right hand corner of the video image that appears for the duration of the Taylor Swift Excerpt.  The Taylor Swift Excerpt as published on TMZ.com begins and ends with an approximately two-second animation of a TMZ logo set to music.

33. The Taylor Swift Excerpt and accompanying article described in Paragraph 23 have been published on the TMZ.com website from December 7, 2015, through the present.

DATED: July 11, 2016

| KING, HOLMES, PATERNO & SORIANO, LLP | MUNGER, TOLLES & OLSON LLP |
|---|---|
| By: /s/ Seth Miller<br>SETH MILLER<br>Attorneys for Plaintiff | By: /s/ Kelly M. Klaus<br>KELLY M. KLAUS<br>Attorneys for Defendants |

9

STIPULATED FACTS FOR S. JUDG. MOTS.