**DECLARATION OF JARED ROSENBERG**

## DECLARATION OF JARED ROSENBERG

I, Jared Rosenberg, declare as follows:

1. I am over the age of eighteen and not a party to this action. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. I am and at all relevant times herein have been employed as a member of the management team for Jared Leto, his band Thirty Seconds to Mars ("TSTM"), and the band's touring company, Sisyphus Touring, Inc. ("Plaintiff").

3. As part of Mr. Leto's management team, my responsibilities include providing management services to Mr. Leto and his companies relating to music related endeavors of Mr. Leto and TSTM, including without limitation arranging for videographers to document Mr. Leto's music related activities.

4. I arranged for the videographer, Naeem Munaf, to be present at Mr. Leto's home on September 8, 2015, in order to document on video Mr. Leto in the process of working on certain musical projects for potential use in marketing, promotional, social media, and other purposes relating to Mr. Leto's music, including "behind the scenes" B roll footage and/or for use in a documentary film.

5. The video footage of Mr. Leto shot by Mr. Munaf on September 8, 2015, has never been published or disseminated by Plaintiff in any form and has never been published at all apart from the excerpts of that footage that were published on TMZ.com on and after December 7, 2015. Those video excerpts had not been published by Plaintiff, or at all, prior to their publication on TMZ.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2016, at Los Angeles, California.

Jared Rosenberg