**DECLARATION OF SETH MILLER**

# DECLARATION OF SETH MILLER

I, Seth Miller, declare as follows:

1. The facts set forth below are true of my personal knowledge unless otherwise indicated. If called upon to testify, I could and would testify competently thereto.

2. I am an attorney duly admitted to practice before this Court. I am a partner with King, Holmes, Paterno & Soriano, LLP, attorneys of record for Plaintiff Sisyphus Touring, Inc. ("Plaintiff").

3. A true and correct copy of the single digital (mp4) file named JLeto Screw Taylor Swift But Id Love One of Her Hits TMZ.mp4 ("Taylor Swift Excerpt"), a copy of which was produced by Plaintiff in discovery on June 3, 2016, on media disk STI000116, as referenced in Paragraph 23 of the Stipulated Facts for Summary Judgment Motions (Doc. 40) ("Stipulated Facts") filed on July 11, 2016, is contained on the DVD submitted as **Exhibit 1** to Plaintiff's concurrent Notice of Lodging.

4. On December 7, 2015, a paralegal at my firm under my direction submitted to the United States Copyright Office an application for copyright registration on behalf of Plaintiff in certain video footage and submitted as a deposit copy with the application four digital (mp4) files named MVI_0007.MP4, MVI_0008.MP4, MVI_0009.MP4, and MVI_0030.MP4 (the "Deposited Footage"). A true and correct copy of the Deposited Footage was produced by Plaintiff in discovery on June 3, 2016, on media disk STI000115, as referenced in Paragraph 30 of the Stipulated Facts, and is contained on the DVD submitted as **Exhibit 2** to Plaintiff's Notice of Lodging.

5. Attached hereto as **Exhibits A** through **D** are true and correct copies of the following emails or other documents (but with any personal email addresses or telephone numbers redacted) referenced in the Stipulated Facts:

/ / /

**Exhibit A**:  The document produced by Plaintiff at STI000020-STI000025 referenced at Paragraph 23 of the Stipulated Facts;

**Exhibit B**:  The document produced by Plaintiff at STI000035-STI000036 referenced at Paragraph 21 of the Stipulated Facts;

**Exhibit C**:  The document produced by Defendants at EHM0000083-84 referenced at Paragraph 24 of the Stipulated Facts; and

**Exhibit D**:  The document produced by Defendants at EHM0000025 referenced at Paragraph 25 of the Stipulated Facts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2016, at Los Angeles, California.

_____
Seth Miller

King, Holmes, Paterno & Soriano, LLP

3483.062/982612.1

2