**EXHIBIT A**

Home → Jared Leto: Screw Taylor Swift!! But I'd Love One of Her Hits

# JARED LETO
# SCREW TAYLOR SWIFT!!
## But I'd Love One of Her Hits

f 2.6K    741    *12/7/2015 1:00 AM PST BY TMZ STAFF*



**EXCLUSIVE**

I'LL CURSE YOUR NAME — TMZ.com

**Jared Leto** did a full 180 on **Taylor Swift** in a matter of hours -- first, turning to her for musical inspiration, but ultimately deciding, "F*** her!"

Leto and one of his **Thirty Seconds To Mars** bandmates were in an L.A. studio a couple of months ago trying to cook up some ideas for new music and thought Taylor was the perfect muse. Let's face it, the chick makes hits.

But here's why this video is amazing ... you see them listen to a bunch of 1989 tracks -- "Welcome to New York," "Blank Space" and "Style" -- and critique the music. They really dig Taylor's 16 count.

But frustration with capturing the Swifty sound eventually sets in, and Jared takes a shot ... we think at her music, not Taylor personally.

We're guessing they're somewhere listening to Adele right now.



SWIFT'S PERFORMANCE PICS — CLICK FOR PHOTOS »

Getty

 SHARE ON FACEBOOK     TWEET THIS     741 COMMENTS

**SEE ALSO**

 Jared Leto -- Makes Nice with Angry Neighbors ... Offers Peace Pie

 Jared Leto -- Hollywood Hills Halloween Party Pisses Off Neighbors

---

**FOLLOW TMZ**

✉ f 🐦 YouTube 📷 📱 •••

Enter your email    **Sign me Up!**

☑ **In Case You Missed It** Receive a breakdown of the week's top stories
☑ **Breaking News** Our biggest stories delivered straight to your inbox.

By clicking "Sign me up!" you agree to the Privacy Policy and Terms of Use

ADVERTISEMENT


PARADISUS BY MELIÁ
CANCUN - MEXICO
35% OFF
BOOK NOW
melia.com

**AROUND THE WEB**

 The Untold Truth Of 'Property Brothers'

 Monica Lewinsky Looks Completely Different Now

 The Stunning Transformation Of The Obama Sisters

 Selena Gomez's Braless Cleavage Video Photoshoot Will Melt Your Freaking Eyeballs!

 OMG! Did Drake Just Confirm Rihanna Is His GIRLFRIEND?!

 Blake Lively's CANS Bust Out Of Her Shirt At Cannes

**MOST POPULAR**    by Gravity


Orlando Bloom And Selena Gomez -- All Over Each Other In Vegas (PHOTOS)



STI 000020

| JARED LETO | TAYLOR SWIFT | MUSIC | EXCLUSIVE | YOU MIGHT WANT TO RETHINK |

**YOU MAY LIKE**  *Promoted Links by Taboola*


**These Rare Photos of Marilyn Monroe Will Shock You**
TheCelebrityLane


**Prince Has A Long Lost Son!**


**Alessandra Ambrosio Makes A Nip Slip Look Classy!**


**Prince's Fantasy Island**


**David Bowie's Net Worth When He Died Is Pretty Unnerving**
Brain Smuggler


**FRIDAY: Shoppers in California Paying Next to Nothing for Macbook Pros**
QuiBids

**AROUND THE WEB**
- This Couple Wanted to Adopt a Newborn – But When They Arrived at the Hospital They Got a Major Surprise *(New Ravel)*
- Her Shocking Final Words Before She Died *(Viral Piranha)*
- What These 70's Beauties Look Like Now is Jaw-Dropping! *(Its The Vibe)*
- Mind-Blowing Photos of Kim Kardashian Before She Was Famous *(Bustle)*
- Thinking About Getting Solar Panels? Read This First *(Solar America®)*
- Now on the Market: Kourtney Kardashian and Scott Disick's California Home *(Bankrate)*

**ALSO ON TMZ**
- Ronda Rousey: I'm Black!
- Candice Swanepoel -- Topless, Topless, Topless ... TOPLESS!!! (PHOTOS)
- Stevie J to Nick Cannon: I Banged Mariah Twice
- 'Pawn Stars' Rick Harrison -- Violent Biker Gang Tricked The Old Man
- 'The View' -- Apology NOT Accepted ... More Advertisers Bail
- Lindsay Lohan -- No Swim Suit, No Problem (PHOTO)

*Recommended by outbrain*


STYLEWE FREE SHIPPING  Shop Now

**Commenting Rules ›**


Sponsored


**What Marcia Brady Looks Like Now Is Incredible**
Definition


**The online strategy game that people are afraid to play**
Stormfall: Free Online Game


**Programmers Are Puzzled By This Link**
TBHR





---

Shaun Alexander -- The Secret To NFL Domination ... Marriage!!! (VIDEO)

Eva Mendes, Ryan Gosling -- Top Secret Birth ... We Already Had Our Baby!!!

Khloe Kardashian -- My Ass Is Still In The Game (PHOTO)

Prince -- I'm His Long Lost Son

**NEXT ON TMZ...**

EPISODE 214,
**WHAT'S ON TODAY'S SHOW**



Watch TMZ on TV:
Enter your Zip Code  [Go]

**TMZ TV CLIPS**


Lawrence Taylor: The Groupies Of The Past!

Blac Chyna: My Birthday Party's Between A Rock And A Hard Place!

**VIEW ALL VIDEOS »**

**TMZ LIVE!**

TMZ Live: Kelly Ripa: Ice Cold!



HERE'S THE RUNDOWN Prince's Doctor Mysteriously Leaves His Practice Kesha Plans a Public Attack on Dr. Luke Taylor Swift Has a Serious Home Scare Ja Rule Makes an Unruly Fan Pay... BIG TIME


**Learn the 10 Signs and Symptoms of Colon Cancer**
RMhealthy


**6 Stocks Every Dividend Investor Should Be Watching**
The Motley Fool


**Michael Jordan Finally Reveals His Home**
Lonny



**741 Comments    TMZ**    Login

♥ Recommend  13    ↪ Share                        Sort by Newest ▾

Join the discussion...


**Kenedy M** · 5 months ago
Well people are actually spoonfed with what music they should listen to by the radio, billboard and MTV, so even a mildly talented singer gets to be on top of the world. People really should listen to variety of genres and then they would realise that ts makes bland music. 30 seconds to mars BTW makes bland music too. Too much mainstream bland here anyway, I'm outtie
△ ▽ · Reply · Share ›


**Kendra** · 5 months ago
This is absolutely STUPID. I don't understand the point of media these days, where celebrities can't even have privacy in a private estate. Who ever gave paparazzi permission to be on his property? People will go and try to claim Jared Leto as a bad guy for talking crap about a famous very popular singer, Taylor Swift, just because there is video footage and a bad headline. No one will ever admit to it but we all know everyone out there has had an opinion about someone and expressed it in a not nice way. He, unfortunately was caught on tape by some stupid reporter trying to get a "scoop" and invading his privacy. How would you feel if someone was outside your window recording everything you say and ever said and posted it? People, especially Americans, will always have an opinion and express is differently. Despite the fact that he didn't know he was being recorded shouldn't change the fact that it was wrong of the reporter to be on Jared Leto's private property. Jared Leto thought he was in a safe, secured place- his own home. Now tell me this, how would you feel if you were in his shoes- having someone outside your home video taping you and your families?
1 △ ▽ · Reply · Share ›


**Michael** → Kendra · 5 months ago
Apparently it wasn't the paparazzi entering his home and filming the video. It had to be one of HIS friends he invited into his home or one of HIS friends whose home he was at who taped it. I'm sure if that was you on that video, you would know who it was who was selling you out. He needs to deal with his "friend or co-worker" first. You don't get those kinds of shots and audio from someone sitting outside your window. I just read that TMZ is being sued by Leto, which is what brought me to this story so a judge will determine who owns the video. If someone allows me to film them, I would assume it is my property and I can do what I want with the video. If I film them without their consent, them it probably isn't my property.
△ ▽ · Reply · Share ›


**James Cooper** → Kendra · 5 months ago
The Video was stolen, From his property and as such Jared is currently suing TMZ. This is how TMZ makes its money after all, publishing and editing illicit material to suit their needs. Yes these are normal people with personal opinions, who should have the right to keep them personal.
△ ▽ · Reply · Share ›




**HEATHEN HOLIDAY** · 5 months ago
THANK YOU TMZ!!!!!! I would like to thank TMZ for what I call, honest journalism. What the world needs now more than anything is to see the truth about these fake, lying psychopaths they worship in the form of celebrity, politicians and religious leaders. Posting a video exposing them without any added commentary by the TMZ staff is honest journalism, without the bias of the TMZ's staff's opinions. This is part of our evolutionary awakening, keep up the fight and keep those cameras turned ON these spoiled, over-rated parasites.
1 △ ▽ · Reply · Share ›


**James Cooper** → HEATHEN HOLIDAY · 5 months ago
Eughhhhh!!! How can you have "Honest Journalism" Posting a edited stolen video, its paramount to digging through someone's trash and fabricating a story out of what titbits, they find rummaging through. Honest Journalism would be doing research on the band, interviewing and having the balls to post it as you see it not what your told to publish. The real fakes here are TMZ making their money airing peoples dirty laundry. I hope Jared sues their asses off!!
△ ▽ · Reply · Share ›


**ThatGuyRaphael** · 5 months ago
Mess! Taylor will sue.
△ ▽ · Reply · Share ›




**msmojo** · 5 months ago
You comment on the lawsuit, TMZ??
△ ▽ · Reply · Share ›


**sevencritters** → msmojo · 5 months ago
Yeah. Exactly what I was wondering.



**TMZ SPORTS**

**WWE'S ADAM ROSE FACES THE JUDGE - Wife Begs For Mercy**

Shackled and sporting an orange jail jumpsuit, WWE superstar Adam Rose appeared in Florida court Thursday in his domestic violence case ... where his wife begged the judge to cut the guy a...

CLICK TO VIEW »



STI 000022


**sevencritters** · 5 months ago
I don't see what the big deal is. They were researching material and Taylor Swift is popular. So they were checking out her stuff. A writer reads other writers; actors watch other actors. In the end he said F her, it's what works best for us. As in, this works for her, clearly, but we have to do our own thing. I don't see this as Jared dissing Taylor Swift personally, or even her material. They are current; they have to know what else is current, but ultimately do their own thing. And that's what i see this as.
7 · Reply · Share ›


**Aj** · 5 months ago
Why would you show this private footage? Hope he sues your d-grade wannabe asses. There's sleazy cheap reporting and then there's lawsuit material. You crossed a line I think.
1 · Reply · Share ›


**Amanda Theriault** · 5 months ago
I'm not totally convinced that this was real. As in, everyone who says something bad about Taylor is met with internet silence, then emerges at the next awards show/tour date in a duet with her, or they hash it out privately, she bestows them her forgiveness publicly, and their star rises overnight.
· Reply · Share ›


**lobo stride** · 5 months ago
It was JL's opinion, and in a private setting. Everyone has the right to speak and to privacy. Not nice TMZ, no more gossip: entertainment info should be on events, careers, shows!
2 · Reply · Share ›


**kirk** · 5 months ago
he's definitely gay
2 · Reply · Share ›


**aredhel** · 5 months ago
like if Jared would need TS's music to be inspired, a jenius like he is.. beach please!
· Reply · Share ›


**mtravali16** · 5 months ago
she should be so lucky that he'd do that!
1 · Reply · Share ›

This comment is awaiting moderation. Show comment.


**BeaversDad** → susantodriguez · 5 months ago
Deported!
1 · Reply · Share ›


**PurpleHaze** → BeaversDad · 5 months ago
To who???
2 · Reply · Share ›


**BeaversDad** → PurpleHaze · 5 months ago
Miss Rodriguez. Not sure how she snuck in?
1 · Reply · Share ›


**PurpleHaze** → BeaversDad · 5 months ago
Just happy it isn't Muss Landers you called
1 · Reply · Share ›

This comment is awaiting moderation. Show comment.


**PurpleHaze** → Rose Lopez · 5 months ago
It's just flabbergasting
3 · Reply · Share ›


**Swagsaad** · 5 months ago
king Jared leto <3
1 · Reply · Share ›


**Mother Nature** · 5 months ago
Why does he look like a terminally ill patient?
8 · Reply · Share ›


**Waveboy** → Mother Nature · 5 months ago
Vegan diet? :P
· Reply · Share ›


**Andrew Malenda** → Mother Nature · 5 months ago
He's playing the joker.
1 · Reply · Share ›


**Lyka** → Andrew Malenda · 5 months ago
The movie shoot finished in over a year now
· Reply · Share ›


SERGE IBAKA'S SHREDDED BOD
CLICK TO SEE THE WINNING SHOTS!


MAKE ME CHIC
FREE STANDARD SHIPPING
SHOP NOW>

**PHOTO GALLERY**
Louis Tomlinson & New GF -- Here, Let Me Get Your Top For You ...

VIEW GALLERY »


MAKE ME CHIC
FREE STANDARD SHIPPING
SHOP NOW>


As a member, you now get better savings when you book on holidayinn.com

STI 000023

 **Andrew Malenda** → Lyka · 5 months ago
Reshoots often happen right up until a movie's release. Plus there are several other DC films in production which may feature the joker.
· Reply · Share ›

 **Mother Nature** → Andrew Malenda · 5 months ago
Was the Joker terminally ill?
3 · Reply · Share ›

 **Andrew Malenda** → Mother Nature · 5 months ago
That's really, really funny. Have you tried googling "Jared Leto Joker"? It's a pretty extreme looking costume.
1 · Reply · Share ›

 **Mother Nature** → Andrew Malenda · 5 months ago
I just did, and I have to say I hate it. That's not the Joker.
· Reply · Share ›

 **Radar Technician Matt** → Mother Nature · 5 months ago
You hate it. Cool, I respect that. But that is a version of THE Joker. There are many other versions you probably have never seen or heard about. If you're one of those who think that Hamill's, Nicholson's or Ledger's are the only acceptable versions, then you don't know much about the character. Open a comic book or something...
2 · Reply · Share ›

 **Mother Nature** → Radar Technician Matt · 5 months ago
I understand it is a different version, but it is not like ANY version I have ever seen in ANY comic book, and there are volumes of website articles that agree with me. I, personally, despised Ledger's take on the character.
· Reply · Share ›

 **Rohan Echelon** → Mother Nature · 5 months ago
go search for Black glove joker post new 52/convergence immortal joker jim lee's tattooed joker frank miller's version. Then talk bs. what books have you read lmao.
· Reply · Share ›

 **Andrew Malenda** → Mother Nature · 5 months ago
Yeah. It's a little much. I'm no comic book or joker authority. I'm interested to see what he does with the part though. He's a better actor than musician imo.
· Reply · Share ›

 **Captain Panaka** → Andrew Malenda · 5 months ago
Subversively, he's playing The Poker.
· Reply · Share ›

 **Erik Widmann** → Mother Nature · 5 months ago
drug mkay
· Reply · Share ›

 **JS** → Mother Nature · 5 months ago
That's what he normally looks like. He's like an old woman.
2 · Reply · Share ›

 **Jaded Muse** → Mother Nature · 5 months ago
He's a hardcore method actor who has lost massive weight for a role at least twice. This could be around the time when he was playing a dying transgender woman in Dallas Buyers Club (he lost 40lbs for this one) or possibly when he was playing the Joker....he shaved off his brows for both roles.
7 · Reply · Share ›

 **Polenca Va** → Jaded Muse · 5 months ago
He was not playing that role at the time.. its the after joker look
· Reply · Share ›

 **-=_CryptArchGurl_=-** → Jaded Muse · 5 months ago
wow...extreme :)
· Reply · Share ›

This comment was deleted.

 **dosesofreality3.0** → Guest · 5 months ago
It's the best thing one can do. I don't mind because friends of mine have been harassed and stalked and their personal info given out by this P O S !!!
· Reply · Share ›

This comment was deleted.

 **dosesofreality3.0** → Guest · 5 months ago
I think I've been on here more in the last two weeks than I was the entire Summer. In fact I know I was.








**MOST COMMENTED**

Blac Chyna & Rob Premature Negotiation In Talks For Baby TV Show
05/07/2016 1:00:00 AM

Rob Kardashian & Blac Chyna We're Pregnant!!
05/06/2016 11:08:00 AM

Kim Kardashian In Major Treble For Mother's Day
05/08/2016 1:47:00 PM

Kaley Cuoco Divorce I Get $72 Million ... You Get The Gift Certificates
05/09/2016 12:32:00 PM

Johnny Manziel Smirky Mug Shot Booked In Dom Violence Case
05/04/2016 2:52:00 PM

**STI 000024**

· Reply · Share ›

This comment was deleted.

**dosesofreality3.0** → Guest · 5 months ago
Lol! You may be right. There is a 'T I N Y' that is part of the equation. I'm not sure what it is yet.
· Reply · Share ›

This comment was deleted.

**dosesofreality3.0** → Guest · 5 months ago
Obviously bf1 needs a new international clock! Lol!
· Reply · Share ›

**Load more comments**

Subscribe   Add Disqus to your site   Privacy                      DISQUS

**AROUND THE WEB**

**FOX 411**
Medical malpractice lawsuit in Joan Rivers' death settled
Sharon and Ozzy reunited...for now
Best and worst celebrity beach bodies (okay mostly best)

**theCHIVE**
The limits of humanity are both inspiring and depressing (Video)
A mysterious and frightful look at North Korea (16 HQ Photos)
Maya's bringing the weekend closer! (27 Photos)

**EGOTASTIC!**
Charlotte McKinney Chesty Tank Top With Tight Leather Skirt
Why, Yes There Is A Teenage Mutant Ninja Turtles Porn Parody
'Teenage Mutant Ninja Turtles: Mutants in Manhattan' Brings Old School...

**MEDIATAKEOUT.COM**
TOGETHER AGAIN!!! Chris Brown And Karrueche Are TOGETHER AGAIN . . . And We've Got...
Is Comedian AMY SCHUMER . . . Now Dating A BROTHER . . . She Was Spotted Leaving a...
PREGNANT WOMAN IS KILLED . . . In What Looks To Be . . . An EXECUTION!!! (Someone...

**Stir**
20 Times We Couldn't Help but Fall in Love With Prince Harry
ere Are The 26 Men Who Will Be Competing for JoJo Fletcher's Heart
Here Are The 26 Men Who Will Be Competing for JoJo Fletcher's Heart

**JUST JARED**
'Big Bang Theory' Season 9 Finale Cliffhanger Ending Explained by Showrunner
Emily Ratajkowski & Vanessa Hudgens Mingle With Rosario Dawson at Collection...
Kendall & Kris Jenner Get Glam for Cannes Magnum Party

**US MAGAZINE.COM**
Kendra Wilkinson Explains Her Raunchy Holly Madison Tweets: 'What Is Being Told Is...
Dwayne 'The Rock' Johnson Mourns His Movie Stand-In Jay Veltri: 'Look at His...
Melissa Rivers Settles Joan Rivers Medical Malpractice Suit: 'Those Culpable for...

**gossip girl**
Did Selena Gomez Steal Orlando Bloom? Read Katy Perry's Cryptic Tweet!
Yay of the Day: Kylie Jenner & Tyga Break Up!
Hot Mess: Taylor Swift at the BMI Pop Awards

STI 000025