**EXHIBIT B**

| | |
|---|---|
| **From:** | Howard King |
| **Sent:** | Monday, December 07, 2015 12:12 AM |
| **To:** | Walters, Michael |
| **Cc:** | Harvey  Redacted  ; Harvey  Redacted  ; Peter Paterno; Irving Azoff |
| **Subject:** | Re: Jared Leto |

Mike

I understand TMZ is still planning to run a story. We have done further investigation this evening regarding creation of the footage. The unpublished footage is owned by Jared, who does not consent to publication of either the video or the script by Tmz or any other entity. The footage was shot by a videographer at Jared's home as a work for hire. Should TMZ proceed with an infringement of Jared's copyright, we have been instructed to promptly file an appropriate infringement action, seeking actual and statutory damages, along with legal fees and costs.

Hopefully, we can avoid taking such a step if TMZ just reports its story without using any of Jared's copyrighted materials.

Howard E. King, Esq.
King, Holmes, Paterno & Soriano
1900 Avenue of the Stars
25th Floor
Los Angeles, California 90067
310 282 8999

On Dec 6, 2015, at 6:45 PM, Walters, Michael < Redacted > wrote:

> I have been on vacation in New York out of the office - I land in an hour - I will call HL and find out what is going on - I was not aware of this ...
>
> Sent from my iPhone
>
> On Dec 6, 2015, at 7:37 PM, Howard King <HKing@khpslaw.com> wrote:
>
>> Harvey and Mike
>>
>> As you know, Irving Azoff and our firm represent Jared Leto. Brad Appleton, one of your producers, has reached out to Jared's PR people quoting from video footage of comments Jared made while in his home studio. Please be advised that very tight controls are kept on video of Jared shot in the studio, such that any video that has come into your possession could only have been stolen from his home. Let me be clear, Jared has not authorized anyone to remove or disseminate any video taken of his in his studio this year. We ask that you not broadcast this video or any of its contents, as doing so will only aid and abet the commission of criminal acts by third parties.
>>
>> I trust you will contact me to discuss this before you take any further steps to exploit this purloined property. In consideration of you cooperating in this regard, I am informed that Jared can soon exclusively offer you something that might actually be newsworthy.

STI 000035

Let me know where I can reach you this evening or feel free to contact me at home
**Redacted**


Howard E. King, Esq.
King, Holmes, Paterno & Soriano, LLP
1900 Avenue of the Stars
25th Floor
Los Angeles, California 90067
310 282 8999

Please note that in light of the change of our firm name to "King, Holmes, Paterno & Soriano, LLP,"  the sender's email address is now hking@khpslaw.com

2

**STI 000036**