**EXHIBIT C**

| | |
|---|---|
| **From:** | JakeAVP . |
| **To:** | Dominic, Anthony (*IC) |
| **Sent:** | 12/7/2015 1:14:36 AM |
| **Subject:** | Re: TMZ - Jared Leto |

do not post the footage. i do not own it. i do not have permission. i will not be signing any w-9 or agree to get paid forms

On Fri, Dec 4, 2015 at 12:09 PM, JakeAVP . < **Redacted** > wrote:

On Fri, Dec 4, 2015 at 11:52 AM, JakeAVP . < **Redacted** > wrote:
jared extended http://we.tl/htsijEBcCE

1080p available

POI

1:16

1:39

2:02

On Fri, Dec 4, 2015 at 10:47 AM, Dominic, Anthony (*IC) < **Redacted** > wrote:

**Redacted**

---

**From:** JakeAVP . [mailto: **Redacted** ]
**Sent:** Friday, December 04, 2015 10:43 AM
**To:** Dominic, Anthony (*IC)
**Subject:** Re: TMZ - Jared Leto

Hi Anthony,

Mind if I just call you on a preferred line of yours?

On Fri, Dec 4, 2015 at 6:59 AM, Dominic, Anthony (*IC) < **Redacted** > wrote:

Hey There

What is the best number to reach you at?

EHM0000083

Thanks,

**Anthony Dominic | TMZ**
*Senior News Producer*

( (Office)  **Redacted**    ( (Mobile)  **Redacted**

*          **Redacted**

--

Jake Miller
Freelace Artist

--
Jake Miller
Freelace Artist

--
Jake Miller
Freelace Artist

--
Jake Miller
Freelace Artist

EHM0000084