**EXHIBIT D**

**From:** Ortiz, Michael (*IC)
**To:** *TMZDesk
**Sent:** 12/7/2015 5:15:22 AM
**Subject:** FW: Feedback: REMOVE JARED LETO FOOTAGE

From: JAKE MILLER [mailto: **Redacted** ]
Sent: Monday, December 07, 2015 4:20 AM
To: *TMZ Ideas
Subject: Feedback: REMOVE JARED LETO FOOTAGE

Name: JAKE MILLER

Email:    **Redacted**

Phone:

Company:

City:

State:

Site:

Subject: REMOVE JARED LETO FOOTAGE

Message: REMOVE JARED LETO POST NOW. MY CONTACT AT TMZ IS ANTHONY DOMINIC. I DID NOT OWN THAT FOOTAGE NOR HAVE PERMISSION. REMOVE NOW. I AM NOT FILLING OUT ANY W 9 OR AGREE TO GET PAID FORMS.

Element: feedback