1  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
3  KURUVILLA J. OLASA (State Bar No. 281509)
   kuruvilla.olasa@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
6  Telephone:  (213) 683-9100
7  Facsimile:  (213) 687-3702

8  Attorneys for Defendants

9

              UNITED STATES DISTRICT COURT
10
        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12 | Sisyphus Touring, Inc.,                  | Case No. 2:15-CV-09512-RSWL-PJW

13 |              Plaintiff,

14 |      vs.                                  | **DECLARATION OF KURUVILLA J. OLASA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

15 | TMZ Productions, Inc., TMZ.com,
16 | EHM Productions, Inc., Warner Bros.
   | Entertainment Inc., Does 1-10,
17 |                                           | Judge:  Hon. Ronald S.W. Lew
   |              Defendants.                  | Date:   August 16, 2016
18 |                                           | Time:   10:00 a.m.
                                              | Crtrm:  21
19 | TMZ Productions, Inc., EHM
20 | Productions, Inc., and Warner Bros.
   | Entertainment Inc.,
21
   |              Third-Party Plaintiffs,
22
23 |      vs.

24 | Naeem Munaf,

25 |              Third-Party Defendant.

26

27

28

I, Kuruvilla J. Olasa, am an attorney with the law firm of Munger, Tolles & Olson LLP, which represents the Defendants in this matter.  The facts stated in this declaration are true and are based upon my personal knowledge.  If called upon to do so, I could testify truthfully and competently to them.

1.      Exhibit 1 to this declaration is a true and correct copy of a document that Plaintiff Sisyphus Touring, Inc. and Defendants (the "Parties") have stipulated is an email from Nikki Hendry to Naeem Munaf, dated December 4, 2016, at 1:17 p.m., along with the attachments to that email.  Stipulated Facts ("S.F.") ¶¶ 12-13, Dkt. 40.[1]

2.      Exhibit 2 to this declaration is a true and correct copy of a document that the Parties have stipulated is an email from Naeem Munaf to Nikki Hendry, dated December 4, 2016, at 1:20 p.m.  S.F. ¶¶ 14-15.

3.      Exhibit 3 to this declaration is a true and correct copy of a document that the Parties have stipulated is an agreement signed by Naeem Munaf at some time after 10:47 p.m. on December 6, 2015, and before 12:15 a.m. on December 7, 2015.  S.F. ¶¶ 20, 22.  Defendants' Motion for Summary Judgment refers to this document as "the First Post-Hoc Agreement."

4.      Exhibit 4 to this declaration is a true and correct copy of a document that the Parties have stipulated is an agreement signed by Naeem Munaf on December 7, 2015, at 11:16 a.m.  S.F. ¶ 28.  Defendants' Motion for Summary Judgment refers to this document as "the Second Post-Hoc Agreement."

5.      Exhibit 5 to this declaration is a true and correct copy of a document that the Parties have stipulated is the copyright registration application submitted by

---

[1] Pursuant to an agreement among the Parties and to protect the privacy of individuals referenced in these documents, Defendants have redacted telephone numbers and email addresses from the documents attached to this declaration.  *See* S.F. at 4 n.2.  If the Court would prefer for the parties to file unredacted versions of these documents, Defendants will promptly file the unredacted versions under seal.

Plaintiff on December 7, 2015, for four excerpts of the video of Jared Leto shot by Naeem Munaf on September 8, 2015.  S.F. ¶ 30.

6.  Exhibit 6 to this declaration is a true and correct copy of a document that the Parties have stipulated is an email sent by Naeem Munaf to Jared Rosenberg on December 7, 2015, at 8:47 p.m..  S.F. ¶ 27.

7.  Exhibit 7 to this declaration is a true and correct copy of a document the Parties have stipulated is an exchange of text messages between Naeem Munaf and Jared Rosenberg between September 8, 2015, and sometime on or around February 8, 2016.  S.F. ¶ 20.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 12th day of July 2016 at Los Angeles, California.

By:_____/s/ Kuruvilla J. Olasa_____
KURUVILLA J. OLASA

# Exhibit 1

Exhibit 1
Olasa Decl. Page 3



Redacted

**From:** Nikki Hendry < Redacted >
**Date:** Friday, December 4, 2015 at 1:17 PM
**To:** "Redacted" < Redacted >
**Subject:** TMZ Contract

Hey there Jake,

Per our conversation…both parties have agreed that TMZ will pay you $2,000.00 USD for the outright purchase of 1 video of Jared Leto talking about Taylor Swift.

When you have a moment:  can you please send me an email back stating 'I agree' to the terms of the agreement. I have also attached the contract and W-9 forms.  Please print and fill them out and either fax, or scan and email back to me OR take a good clear cell phone photo of the docs and email them back to me.

A check will be to you in the next 2-3 weeks.

Fax # Redacted

Thanks!
Nikki Hendry
Redacted

Exhibit 1
Olasa Decl. Page 4

EHM0000253



**4712 Admiralty Way, Ste 700**
Marina Del Rey, CA 90292

**12-04-15**

Dear Jake Miller:

EHM Productions, Inc. d/b/a TMZ ("TMZ") offers to purchase outright from you 1 video of Jared Leto talking about Taylor Swift (the "Material") for the total amount of $2,000.00 USD. You may reaffirm your acceptance of TMZ's offer by countersigning this letter.

By accepting this offer, you acknowledge that TMZ has agreed to make the Payment to you based on your representation to TMZ that you are able to enter into this agreement without any obligations to any third party.  You further acknowledge that TMZ shall be the exclusive owner of the Material for use in all media now known or later devised, throughout the universe, in perpetuity, and that you have not and will not use, exhibit or grant any rights in the Material to any third party without TMZ's prior written consent.

Both parties agree not to disclose the terms of this agreement to anyone other than their legal counsel or accounting professional(s), or in response to a subpoena or other legal process.

Sincerely,

_____
On behalf of TMZ


Accepted and Agreed:

x_____

Printed Name: _____

Address:        _____

                     _____

Telephone:    _____

Soc. Sec. #:   _____

Exhibit 1
Olasa Decl. Page 5
EHM0000254

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

**Give Form to the requester. Do not send it to the IRS.**

Name (as shown on your income tax return)

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2.*

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶            Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

Exhibit 1
Olasa Decl. Page 6

EHM0000255

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

• The U.S. owner of a disregarded entity and not the entity,

• The U.S. grantor or other owner of a grantor trust and not the trust, and

• The U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

**Example.** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester the appropriate completed Form W-8.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See the instructions below and the separate Instructions for the Requester of Form W-9.

Also see *Special rules for partnerships* on page 1.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income will be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a domestic owner, the domestic owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, you must complete an appropriate Form W-8.

**Note.** Check the appropriate box for the federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the tax classification in the space provided. If you are an LLC that is treated as a partnership for federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

Exhibit 1
Olasa Decl. Page 7

EHM0000256

**Other entities.** Enter your business name as shown on required federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

# Exempt Payee

If you are exempt from backup withholding, enter your name as described above and check the appropriate box for your status, then check the "Exempt payee" box in the line following the "Business name/disregarded entity name," sign and date the form.

Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following payees are exempt from backup withholding:

1. An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2),

2. The United States or any of its agencies or instrumentalities,

3. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities,

4. A foreign government or any of its political subdivisions, agencies, or instrumentalities, or

5. An international organization or any of its agencies or instrumentalities.

Other payees that may be exempt from backup withholding include:

6. A corporation,

7. A foreign central bank of issue,

8. A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States,

9. A futures commission merchant registered with the Commodity Futures Trading Commission,

10. A real estate investment trust,

11. An entity registered at all times during the tax year under the Investment Company Act of 1940,

12. A common trust fund operated by a bank under section 584(a),

13. A financial institution,

14. A middleman known in the investment community as a nominee or custodian, or

15. A trust exempt from tax under section 664 or described in section 4947.

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 15.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 9 |
| Broker transactions | Exempt payees 1 through 5 and 7 through 13. Also, C corporations. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 5 |
| Payments over $600 required to be reported and direct sales over $5,000 [1] | Generally, exempt payees 1 through 7 [2] |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

# Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see *How to get a TIN* below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see *Limited Liability Company (LLC)* on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov*. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded domestic entity that has a foreign owner must use the appropriate Form W-8.*

# Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if item 1, below, and items 4 and 5 on page 4 indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see *Exempt Payee* on page 3.

**Signature requirements.** Complete the certification as indicated in items 1 through 3, below, and items 4 and 5 on page 4.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

Exhibit 1
Olasa Decl. Page 8

EHM0000257

Form W-9 (Rev. 12-2011)                                                                                                       Page **4**

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |
| **For this type of account:** | **Give name and EIN of:** |
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*****Note.** Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov.* You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

Exhibit 1
Olasa Decl. Page 9

EHM0000258

# Exhibit 2

Exhibit 2
Olasa Decl. Page 10

| | |
|---|---|
| **From:** | JakeAVP . |
| **To:** | Hendry, Nikki (*IC) |
| **Sent:** | 12/4/2015 1:20:02 PM |
| **Subject:** | Re: TMZ Contract |

I agree. Sending video to Anthony. I will send these forms back soon.

On Fri, Dec 4, 2015 at 1:17 PM, Hendry, Nikki (*IC) < [Redacted] @tmz.com> wrote:

# Hey there Jake,


Per our conversation…both parties have agreed that TMZ will pay you $2,000.00 USD for the outright purchase of 1 video of Jared Leto talking about Taylor Swift.


When you have a moment:  can you please send me an email back stating 'I agree' to the terms of the agreement. I have also attached the contract and W-9 forms.  Please print and fill them out and either fax, or scan and email back to me OR take a good clear cell phone photo of the docs and email them back to me.


A check will be to you in the next 2-3 weeks.

Fax #: [Redacted]


Thanks!

Nikki Hendry

[Redacted]


--
Jake Miller
Freelace Artist

Exhibit 2
Olasa Decl. Page 11

EHM0000113

# Exhibit 3

Exhibit 3
Olasa Decl. Page 12

# NON-DISCLOSURE AGREEMENT

This agreement ("Agreement") sets forth the understanding between Sisyphus Touring, Inc., Necronomicom, Inc. and all affiliated and related entities, persons and companies affiliated therewith, including without limitation Jared Leto and the musical recording artists known as "Thirty Seconds to Mars" ("Artist") and all family members, managers, business managers, agents, employees, clients, officers, advisors, heirs, associates and legal representatives (hereinafter severally and collectively referred to as "Company," "we" or "us") on one hand, and ___NAFEM PUNJAF___ (hereinafter referred to as "you"), ___GLENDALE, c+___ (address), on the other hand, with respect to your services performed for us, from inception, regardless of when where such services were performed, and any and all materials created in connection therewith. In the course of such services, we may allow you access to creative, personal, financial, business, technical and other confidential information, materials and/or ideas with respect to Artist and us. All such information and materials shall be referred to herein severally and collectively as "Proprietary Materials," which term shall include, without limitation, anything you may learn or discover as a result of exposure to, analysis of or contribution to any Proprietary Materials in the course of performing your services hereunder or otherwise.

In consideration for our negotiations concerning the speculative services or other future services you may or may not provide for us, you hereby acknowledge and agree as follows:

1.      You will hold in confidence and will not possess, use, exploit, transmit or share the Proprietary Materials or any portions or excerpts thereof (except as required to evaluate and perform your services as requested or directed by us) in any manner, medium or form or disclose, disseminate or transmit any information regarding Proprietary Materials. You will not reverse engineer, change, alter or attempt to derive, adapt or misrepresent any underlying information, structure or ideas embodied in the Proprietary Materials. You acknowledge and agree that this Agreement does not grant you any license in or any ownership or rights in or to any of the Proprietary Materials or any portions thereof or the rights to use, exploit, transfer, share, transmit, broadcast or retain the Proprietary Materials in any manner, medium or form. The results and proceeds of your services and any contributions by you to us and in or in connection with the Proprietary Materials shall be owned exclusively by us as a work-for-hire, worldwide in perpetuity.

2.      You will return all Proprietary Materials and all copies, extracts, digital files, computer programs, password and all objects, items or elements in which Proprietary Materials may be contained or embodied promptly upon completion of your services hereunder or otherwise as we request.

3.      You acknowledge and agree that Artist is a public figure, that the privacy of Artist and us is highly valued and that all efforts are made to maintain confidentiality with respect to all information and other material of every kind concerning Artist and us. Accordingly, you hereby agree that you shall not at any time use or disclose, directly or indirectly, any information in any way relating to Artist or us, including, but by no means in the way of limitation, any information concerning Artist's or our business activities or ventures, personal life, finances, investments, performances, professional and personal relationships, medical matters, family members, legal

Exhibit 3
Olasa Decl. Page 13

matters, otherwise, and all such information shall be deemed to be confidential, private, secret and sensitive and shall be kept confidential and secret, except any disclosure (a) to my legal representatives, (b) as otherwise required of you by law, (c) in order for you to perform the services required of you by us, (d) as authorized by us in writing or (e) if previously disclosed publicly by or on behalf of the party about whom the confidential information pertains. You understand that any disclosure, directly or indirectly, by you or any person furnished or designated by you in the course of your performance of services for us hereunder, of any confidential information, shall constitute, amongst other things, a breach of trust and confidence, a breach of fiduciary duty, invasion of privacy and a misappropriation of Artist's and our exclusive property rights and rights of publicity and may constitute fraud.

4.    You will promptly notify us of any unauthorized release, disclosure, use, transmission or exploitation of the Proprietary Materials or excerpts thereof, public or otherwise.

5.    You understand that this Agreement does not obligate us to disclose any further information, materials or negotiate or enter into any agreement or relationship with you or to utilize your services in any manner, medium or form. You will strictly abide by any and all instructions and restrictions provided by Artist or us with respect to Proprietary Material and Artist's requests. You will ensure the security of any facilities, machines, accounts, passwords and methods you use to store any Proprietary Materials or to access to Artist's or our computer systems or digital data and ensure that no other person has or obtains access thereto.

6.    The terms of this Agreement will remain in effect with respect to the Proprietary Materials at all times in perpetuity.

7.    You acknowledge and agree that due to the unique nature of the Proprietary Materials, any breach of this agreement would cause irreparable harm to Artist and us for which damages are not an adequate remedy, and that we shall therefore be entitled to equitable relief in addition to all other remedies available at law. You further acknowledge that in the event of any breach or threatened breach of this agreement due to the disclosure of any Proprietary Materials, we shall have the right to obtain or seek to obtain a preliminary injunction, permanent injunction or restraining order preventing the disclosure or any further disclosure of confidential information protected hereunder. In the event you breach any covenant contained in this agreement, in addition to all other rights or remedies available to us, we shall be entitled to injunctive relief and, without limitation, the right to prevent the dissemination of any materials described in this paragraph before such materials are published. Moreover, in addition to the foregoing, you agree that it would be difficult to determine the damages, with precision, to be suffered by Artist or us in the event of a breach or violation in any manner of this agreement. Therefore, in the event you, or any persons or entities furnished or designated by you, breach any of the provisions of this agreement, you shall pay us as liquidated damages an amount equal to two hundred percent (200%) of the full amount of any and all consideration or payment you receive, but in no event less than the amount of Two Hundred Thousand Dollars ($200,000.00), which such aggregate liquidated damages amount the parties agree is a reasonable forecast of the damages that would be sustained by Artist or us in the event of such a breach of this paragraph by you or any persons or entities furnished or designated by you.

Exhibit 3
Olasa Decl. Page 14

8.       This Agreement is personal to you, is non-assignable by you, but shall include and apply to all persons furnished, employed or designated by you in the course of your performance of services for us hereunder. This Agreement is governed by the laws of the State of California and may be modified or waived only in writing signed by both parties.  If any provision of this Agreement is found to be unenforceable, such provision will be limited or deleted to the minimum extent necessary so that the remaining terms remain in full force and effect.  The prevailing party in any dispute or legal action regarding the subject matter of this Agreement shall be entitled to recover attorneys' fees and costs.

Acknowledged and agreed as of this date: ___12 / 05 / 15___ , 2015:

By: _____

Print Name: _____

STI 000101
Exhibit 3
Olasa Decl. Page 15

# Exhibit 4

Exhibit 4
Olasa Decl. Page 16

NON-DISCLOSURE AGREEMENT

This agreement ("Agreement") sets forth the understanding between Sisyphus Touring, Inc., Necronomicom, Inc. and all affiliated and related entities, persons and companies affiliated therewith, including without limitation Jared Leto and the musical recording artists known as "Thirty Seconds to Mars" ("Artist") and all family members, managers, business managers, agents, employees, clients, officers, advisors, heirs, associates and legal representatives (hereinafter severally and collectively referred to as "Company," "we" or "us") on one hand, and _____Naeem Munaf_____ (hereinafter referred to as "you"), _____Glendale CA_____ (address), on the other hand, with respect to your services performed for us, from inception, regardless of when where such services were performed, and any and all materials created in connection therewith. In the course of such services, we may allow you access to creative, personal, financial, business, technical and other confidential information, materials and/or ideas with respect to Artist and us. All such information and materials shall be referred to herein severally and collectively as "Proprietary Materials," which term shall include, without limitation, anything you may learn or discover as a result of exposure to, analysis of or contribution to any Proprietary Materials in the course of performing your services hereunder or otherwise.

In consideration for our negotiations concerning the speculative services or other future services you may or may not provide for us, you hereby acknowledge and agree as follows:

1.      You will hold in confidence and will not possess, use, exploit, transmit or share the Proprietary Materials or any portions or excerpts thereof (except as required to evaluate and perform your services as requested or directed by us) in any manner, medium or form or disclose, disseminate or transmit any information regarding Proprietary Materials. You will not reverse engineer, change, alter or attempt to derive, adapt or misrepresent any underlying information, structure or ideas embodied in the Proprietary Materials. You acknowledge and agree that this Agreement does not grant you any license in or any ownership or rights in or to any of the Proprietary Materials or any portions thereof or the rights to use, exploit, transfer, share, transmit, broadcast or retain the Proprietary Materials in any manner, medium or form. The results and proceeds of your services and any contributions by you to us and in or in connection with the Proprietary Materials shall be owned exclusively by us as a work-for-hire, worldwide in perpetuity.

2.      You will return all Proprietary Materials and all copies, extracts, digital files, computer programs, password and all objects, items or elements in which Proprietary Materials may be contained or embodied promptly upon completion of your services hereunder or otherwise as we request.

3.      You acknowledge and agree that Artist is a public figure, that the privacy of Artist and us is highly valued and that all efforts are made to maintain confidentiality with respect to all information and other material of every kind concerning Artist and us. Accordingly, you hereby agree that you shall not at any time use or disclose, directly or indirectly, any information in any way relating to Artist or us, including, but by no means in the way of limitation, any information concerning Artist's or our business activities or ventures, personal life, finances, investments, performances, professional and personal relationships, medical matters, family members, legal

STI 000103

Exhibit 4
Olasa Decl. Page 17

matters, otherwise, and all such information shall be deemed to be confidential, private, secret and sensitive and shall be kept confidential and secret, except any disclosure (a) to my legal representatives, (b) as otherwise required of you by law, (c) in order for you to perform the services required of you by us, (d) as authorized by us in writing or (e) if previously disclosed publicly by or on behalf of the party about whom the confidential information pertains. You understand that any disclosure, directly or indirectly, by you or any person furnished or designated by you in the course of your performance of services for us hereunder, of any confidential information, shall constitute, amongst other things, a breach of trust and confidence, a breach of fiduciary duty, invasion of privacy and a misappropriation of Artist's and our exclusive property rights and rights of publicity and may constitute fraud.

4.      You will promptly notify us of any unauthorized release, disclosure, use, transmission or exploitation of the Proprietary Materials or excerpts thereof, public or otherwise.

5.      You understand that this Agreement does not obligate us to disclose any further information, materials or negotiate or enter into any agreement or relationship with you or to utilize your services in any manner, medium or form. You will strictly abide by any and all instructions and restrictions provided by Artist or us with respect to Proprietary Material and Artist's requests. You will ensure the security of any facilities, machines, accounts, passwords and methods you use to store any Proprietary Materials or to access to Artist's or our computer systems or digital data and ensure that no other person has or obtains access thereto.

6.      The terms of this Agreement will remain in effect with respect to the Proprietary Materials at all times in perpetuity.

7.      You acknowledge and agree that due to the unique nature of the Proprietary Materials, any breach of this agreement would cause irreparable harm to Artist and us for which damages are not an adequate remedy, and that we shall therefore be entitled to equitable relief in addition to all other remedies available at law. You further acknowledge that in the event of any breach or threatened breach of this agreement due to the disclosure of any Proprietary Materials, we shall have the right to obtain or seek to obtain a preliminary injunction, permanent injunction or restraining order preventing the disclosure or any further disclosure of confidential information protected hereunder. In the event you breach any covenant contained in this agreement, in addition to all other rights or remedies available to us, we shall be entitled to injunctive relief and, without limitation, the right to prevent the dissemination of any materials described in this paragraph before such materials are published. Moreover, in addition to the foregoing, you agree that it would be difficult to determine the damages, with precision, to be suffered by Artist or us in the event of a breach or violation in any manner of this agreement. Therefore, in the event you, or any persons or entities furnished or designated by you, breach any of the provisions of this agreement, you shall pay us as liquidated damages an amount equal to two hundred percent (200%) of the full amount of any and all consideration or payment you receive, but in no event less than the amount of Two Hundred Thousand Dollars ($200,000.00), which such aggregate liquidated damages amount the parties agree is a reasonable forecast of the damages that would be sustained by Artist or us in the event of such a breach of this paragraph by you or any persons or entities furnished or designated by you.

STI 000104

Exhibit 4
Olasa Decl. Page 18

8.      This Agreement is personal to you, is non-assignable by you, but shall include and apply to all persons furnished, employed or designated by you in the course of your performance of services for us hereunder. This Agreement is governed by the laws of the State of California and may be modified or waived only in writing signed by both parties.  If any provision of this Agreement is found to be unenforceable, such provision will be limited or deleted to the minimum extent necessary so that the remaining terms remain in full force and effect.  The prevailing party in any dispute or legal action regarding the subject matter of this Agreement shall be entitled to recover attorneys' fees and costs.

Acknowledged and agreed as of this date: _____ **9/8/15** _____, 2015:


By: _____

Print Name: _____ ~~Naeem Munaf~~

3483.049/721120 1                              3

**STI 000105**

Exhibit 4
Olasa Decl. Page 19

# Exhibit 5

Exhibit 5
Olasa Decl. Page 20

Registration #:   *-APPLICATION-*
Service Request #:   1-2937892611

## Mail Certificate

King Holmes Paterno & Soriano, LLP
Dan Jensen
1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506 United States

Priority:   Special Handling        Application Date:   December 07, 2015

## Correspondent

Organization Name:   King Holmes Paterno & Soriano, LLP
Name:   Dan Jensen
Email:   Redac@khpslaw.com
Telephone:   (310)Redacted
Alt. Telephone:   (310)
Fax:   (310)
Address:   1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506 United States

**STI 000109**

Exhibit 5
Olasa Decl. Page 21

Registration Number

# *-APPLICATION-*

## Title _____

**Title of Work:**  30 Seconds to Mars LP5 Documentary Footage (09/08/2015)

## Completion/Publication _____

**Year of Completion:**  2015

## Author _____

- **Author:**  Sisyphus Touring, Inc.
  **Author Created:**  entire motion picture
  **Work made for hire:**  Yes
  **Citizen of:**  United States
  **Domiciled in:**  United States

## Copyright Claimant _____

**Copyright Claimant:**  Sisyphus Touring, Inc.
c/o King Holmes Paterno & Soriano, LLP, 1900 Avenue of the Stars, 25th Floor,
Los Angeles, CA, 90067-4506, United States

## Rights and Permissions _____

**Organization Name:**  King Holmes Paterno & Soriano, LLP
**Name:**  Peter T Paterno
**Email:**  Redacted
**Telephone:**  (310)Redacted
**Alt. Telephone:**  (310)d
**Address:**  1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506 United States

## Certification _____

**Name:**  Dan Jensen
**Date:**  December 07, 2015

Page 1 of 2

Exhibit 5
Olasa Decl. Page 22

# Exhibit 6

Exhibit 6
Olasa Decl. Page 24





**J.R. Rosenberg** < ████████ >

---

# I apologize for my actions.



**Naeem Munaf** < ████████ >          Mon, Dec 7, 2015 at 8:47 PM
To: "J.R. Rosenberg" < ████████ >

JR,

I have decided that the guilt and stress this serious situtation is causing to me, is something I cannot bear to continue with and the foreseeable long road of lying is something I am ending now by revealing everything that happened.

As you know footage that I shot of Jared and his producing partner in Studio City is something that you, Jared, and the entire Thirty Seconds to Mars team had full trust in me, a complete stranger, to not share. Things that you say in a private room, should stay that way because they can get taken out of context, which I selfishly tried to gain from. I guess the fact that I did not sign an NDA made me feel safer about what would happen. I have nothing against any person, specifically Jared and his band. I had no intention from the start to do anything as bad as I did. Honestly, I was excited to work with them that day, and I was fine with how the night turned out.

After shooting the footage and corresponding with you about potential edits would come as promo material from the band, I let my life distract my responsibility at the time and nothing came of the footage. It wasn't until later that my curiosity arose months later when I saw I still had the footage from September 8th. I had never done what I had done, but I messaged TMZ and they had peaked interest in the small clip I decided to send them. I had corresponded with them and quickly it turned into something that I made very big poor decisions in a short period of time. After agreeing to give TMZ the footage for a financial gain of $2,000, I don't begin to describe how guilty I felt and stressed from that moment and that no amount of money would be worth the humiliation that I know I have caused for Jared and you, JR. You told me that you and Jared apologized to Taylor Swift directly, and I can't imagine the feeeling in having to do so. Whatever I thought my intent was, I did not sign the agreement that TMZ provided nor fill out W-9, because after my decision I felt I could not agree to take the money. I have forwarded every piece of correspondence that I had with TMZ to you, and we have discussed what I had said to the TMZ people.

I did not have any financial need for something like this. I think being the idiot that I am thinking that I would not get caught in my actions and that this wouldn't be as

CONFIDENTIAL                                    STI 000125

Exhibit 6
Olasa Decl. Page 25

big of a deal I now understand is. I started to fabricate what "happened" with the footage and now before potentially falsifying a police report, I think the only thing to do is to be 100% cooperative and open about what happened. I am a 26 year old kid that only a few days ago, couldn't get through his head how privilidged he was to be happy, with a job and wonderful girlfriend that I would sink as low as I did. I am scared for what is to come, and I could only pray that any of you, especially Jared, would have some mercy on me. I am willing to do what needs to be done to remedy the situation in any way I can. I can answer any and every question with 100% honesty, because I have already lied so much in a short period of time. I hope the Thirty Seconds to Mars team can let me do whatever needs to be done. I apologize whole-heartedly and the only thing I can wish at this point is to have a normal life at some point.

Sincerely,
Naeem Munaf

**CONFIDENTIAL**

STI 000126

Exhibit 6
Olasa Decl. Page 26

# Exhibit 7

Exhibit 7
Olasa Decl. Page 27

iMessage with Redacted

9/8/15, 7:51 PM

Naeem, 2 quick things to note –

1. Jared likes to be shot from his left, he prefers that side.

2. At some point ask him to give you an update on where things are at in the recording process. Just an update to camera.

Thank you.

Sounds great

Thx

9/8/15, 10:26 PM

think I hit a pretty off mighty, Jared was exhausted, honestly no real good in there, at least from a standalone perspective

night"

Jared called it a night already

Got it

We'll see if you can string anything together. Even if it is a teaser price that hints at them in the studio

Could be a fun take

I'll review and see what's up

Ok

12/6/15, 7:57 PM

Hey Naeem, it's JR with Thirty seconds to Mars. Left VM for you. Give me a call if you can pleaseZ thank you

Driving from Vegas still, can't listen to van I don't think it's set up yet

You on cell to chat real quick?

Ehh Ppl are sleeping how is 11

That works. Can get me at this number. Redacted

**CONFIDENTIAL**

**STI 000007**

Exhibit 7
Olasa Decl. Page 28

Red                                                    Redacted

                                                        Thank you

                            12/6/15, 10:47 PM

Call u in five if that's okay, heard ur vm saying its
urgent

                                                            thx

                            sorry, just on the other line and can call you back

Sorry just saw that

                                                    call you back within 5

k

                                                    calling you right now

Some unknown number called me?

                                            that was me from my other phone

Oh it sounded like someone else, just call me from
your cell

what can I help with, sorry in n out now it's loud

                            Thanks so much again. I just sent you the NDA

                            It is the basic NDA that everyone signs

i getcha. I just don't have footage with me so if u pay
me or something in reference to #2

If that makes sense

                                                    Yes, I know

                            You have said you will get to us as soon as you can
                            so thats fine

                            it doesn't say you have to get to us right now. Just
                            agreeing that you will eventually.

I need to confirm that it exists still then on a hard
drive

                            If it doesn't exist it is fine. The most important part

**CONFIDENTIAL**                                    **STI 000008**

Exhibit 7
Olasa Decl. Page 29

is point 1

having proof that we own any footage the has been shot in the studio, so that incase it this footage we can claim copyright and stop to

Gotcha just the fact that anything in the studio is yalls so no one should have that in the first place

exactly

Make sense?

sure but reading the whole thing i am concerned again about if someone hacked my stuff that I'm responsible for it now because of signing this

Call me, we can talk through. It actually helps us protect it from getting out if someone did

You won't be responsible if someone hacked you. You have my word

alright, i am taking a picture of the first and last page

hopefully this gets resolved

thank you. I need all 3 i believe

sorry, i know a pain

You can actually use GENUISCAN, great iPhone app

can i send three image or no

?

Can use this. Super easy - https://itunes.apple.com/us/app/genius-scan-pdf-scanner/id377672876?mt=8

let me know if that worked for you.

emailed

hopefully this helps your situation out

Received thanks so much. Are you on Venmo?

Need to pay you.

**CONFIDENTIAL**

STI 000009

Exhibit 7
Olasa Decl. Page 30

i am, just my phone number should be receivable

> Ok. Just going to shoot you an email saying we are paying you 30 an hour for the work you did on Sept 8th. I know so long ago but do you remember how many hours?

> 3?

sounds about right, mostly i was waiting around for an hour

> Just shot you an email

> Going to send to you now. Sorry again for the firedrill but thank you so much for your help

sorry I need to go to bed

we good?

> give me 2 min

> just sending right now

> did you get email?

yes do I need to reply

> yes pls

okay replied

> thx. stand by to just confirm you get money

> Will take you out for a nice dinner as well

lol alright, mainly just make sure all is good with this deal

> hang in there for a minute

?

> in process

> Hey! Let's Venmo :) http://www.venmo.com/Jared-R osenberg-4

> just sent

**CONFIDENTIAL**

STI 000010

Exhibit 7
Olasa Decl. Page 31

just let me know you receive

**Looks like I got it**

Ok great. Can you confirm?

**K replied email**

Thanks so much Naeem. I'm not accusing you, but if there is any chance at all that you did send the footage to someone you must email them immediately and let them know you don't own the footage. And they no longer have permission to use it. Or else it's going to get really really ugly.

Were you at all able to get in touch with your brother?

**It's 2am in Dallas. I did not send footage to anyone, it sat on a drive**

**sorry but that last text I really wasn't a fan of**

understand, sorry didn't mean to be harsh

just meant if you had sent it to anyone you know

**no because it doesn't make sense to**

fair enough

sorry for the fire drill and thanks so much for being so helpful

**Sure thing. Like honestly when I was there, from what I remember it was very chill and they didn't talk about anything much but that track they were working on**

**Heading to bed**

12/7/15, 8:23 AM

Hey Naeem, the footage has leaked on tmz and now have lawyers and police involved so it s important we get that footage you shot so we can clear it wasn't yours.

**I think I know what happened. I rent out my c100 and I have the list of people I have ever rented to**

Need that list please

**CONFIDENTIAL**

okay I need to get to it

and we need to figure out what else was on that footage, were there any of the MARS songs, etc.

i just sent list

got it

You would have

*you would have given them the SD cards with previous footage on them?

I don't remember shooting anything immediately after Jarred's shoot so it easily could have stayed in the camera

But I also would give them a ninja recorder so some guys would shoot to solid state and not use the sd cards and I don't want to accuse them

Can you find the card?

I'm looking as we speak

when you rent your camera out do they sign any paperwork?

yes I have most of them

I think

Can you forward?

Yes I need to gather and scan

I really wish this stuff was dealt with at that time, I never heard from you about editing any videos so i forgot about it

likewise, I did ask you to make edits and you said you were going to look through footage and see what you could do, but didn't hear back from you

FYI our last communication in Sept from my texts

9/8/15, 10:18 PM

think I hit a pretty off mighty, Jared was exhausted, honestly no

**CONFIDENTIAL**

real good in there, at least from a
standalone perspective

night"

Jared called it a night already



I'll review and see what's up



I started a full time position at the beginning of
August so it was a random gig I picked up with u
that happened to work out that night

otherwise I wouldn't have been able to shoot

Re: Kellen, seems like he used right after you shot
and was last to use

is there any chance it is on that SD carD?

Do you know what kind of camera man he is? What
he rents for?

not off top of my head, I never asked those thugs

Basically I would post on Craigslist and people
contact me and I make them fill the agreement and
deposit and stuff

and then they use the gear and I get it back

Asked those things*****

is card clean from what he last shot?

Or can you see what he shot?

Do you have records if you have them SD cards or
no?

it would be still on there if he used the ninja recorder

I have a lot of sd cards, let me keep looking before I
move to the next thing



Wow I found it, it was floating around in the case

yes this is it, thank god

**CONFIDENTIAL**

I'm supposed to go into work soon but I need to get this to you immediately

Yes please. How can I get from you? Do you want me to meet you somewhere?

also need those agreements

Any way to track/tell who had access to that card???

Where are u located. I don't dee how I could know which ones would get used

so basically anyone with that case had access to it potentially

sadly

can we get the thing removed from tmz since we have the footage, I can just tell them I shot it and they have no right to use it

Send me an email saying that.

that I can fwd to our legal

okay hold on and then I'm looking for agreements

saying you shot the footage and it is Jared and they have no right to it. It was stolen from you, etc.

I'm in Hollywood

sent. looking for all agreements

okay i have a couple of them, a little bit disorganized

i have physical copies but i have a lot of correspondence via email too for the ones that i don't

Ok

Need that footage. Where can we meet

I'm close to 5 and 134

whatever makes sense

I can come to you. Do you want to just send address

**CONFIDENTIAL**

STI 000014

Exhibit 7
Olasa Decl. Page 35

theres a starbucks near me

Ok send me address and i can tell you how far

theres this starbucks
1360 E Colorado St, Glendale, CA 91205

K I can be there in 26-30 minutes

Can you bring card reader as well

i don't think i have an external reader, are u bringing
your computer

i have one on my macbook of course

Yes

MacBook Air

got it, we're good, text me when you're close

Ok

7 min away

okay i will leave now


CudaSign (formerly SignNow) - Sign and Fill PDF &
Word Documents by SignNow https://appsto.re/us/B
ZykD.i

12/7/15, 2:50 PM

Hey Naeem, you on text?

yes

Speaking to our team and next step on your end
would be to go to Glendale PD and file a police
report that footage has been stolen from you.

Our private investigator has a contact at Glendale PD
that we can set you up with

Okay thank you, I won't be off work until 6. I've
never filed a report however for something like this

I'm sure this has never happened to you. But very
serious so we need to take all steps because

**CONFIDENTIAL**

STI 000015

Exhibit 7
Olasa Decl. Page 36

> lawyers, federal court, et involved

okay can he help me with it or what

> Yes our PI will link you with his contact at Glendale PD who will take care of you

Okay thank you

> I spoke to him and I can also join to make sure everything is covered incase I need to file anything from our side as well

> Confirming they will be there post 6pm

i have to come from the west side so its terrible traffic back to glendale

> Ok. What time do you think?

if i leave at 6, by 7:30 hopefully

> Ok. I will confirm.

okay

> FYI just off with our PI who is getting on a flight. You and I can talk to him real quick if you have a moment to break out. Otherwise I got step by step instructions so we are good for when we go to PD tonight

I can't really step out since I came in late

> N/p

> I have step by step instructions so we will be good

12/7/15, 5:57 PM

> Hey Naeem, just a heads up I'm out in Glendale going to work out of coffee shop near the station so just let me know when back. Tried to beat the traffic

Okay I'm about to be able to leave

> Ok 

Where exactly should I meet you

**CONFIDENTIAL**

**STI 000016**

Exhibit 7
Olasa Decl. Page 37

We can meet at station or at coffee spot prior and I can explain to you process

Okay address of coffee place?

Send shortly. Not there yet

Going to be at this coffee bean around corner from PD

300 N Glendale Ave
Glendale, CA  91206
United States

K I will meet u there

thx. any idea on ETA?

15 ish

ok thx

12/9/15, 10:09 AM

Hey Naeem, any word or response from WE TRANSFER re: getting that link taken down?

I just forwarded what I sets received but they have not responded to taking the links down yet

got it

Thx and with absolute certainty nobody else has any other footage then what is in those 3 links?

really important to know the truth

no one but the TMZ person should have access to that link. The only person with access to all of the footage is you

got it. And you didn't send out any other footage to anyone other then those?

That is correct only that footage in the links exactly

thx

Hey Naeem, did TMZ reach out to you at all on

**CONFIDENTIAL**

Sunday or was all of your communication with them on Friday in those emails?

The TMZ person asked who the "other person in the video was" and I believe it was Sunday. But I did not respond

U can see in that pdf image that was forwarded to your email from my understanding

got it, thanks Naeem

they never reached out Sunday night to verify again, etc.

Sorry for the delay, I know it's timely just at work

No they did not Reach out to verify the validity or anything of the footage

They did not call either

or email

Thx

12/9/15, 6:09 PM

Forwarded email. Wetransfer links have been taken down

Thx

12/10/15, 12:10 PM

Hey Naeem. Has TMZ contacted you via that email address since Sunday? Last night? This am?

I did not see anything yesterday when confirming Wetransfer I can login to check

There is no email from TMZ as of right now

Thx

12/11/15, 9:24 AM

Hey Naeem, just wanted to ask that you please don't delete any emails in that account you created. Thank you.

12/11/15, 11:35 AM

correct, leaving everything there

**CONFIDENTIAL**

**STI 000018**

Exhibit 7
Olasa Decl. Page 39

thank you

1/20/16, 11:40 PM

Confirmed for 830 tomorrow night –

Coogies café

2906 Santa Monica Blvd
Santa Monica, CA  90404
United States

Okay I will see you then

2/6/16, 3:05 PM

Is it possible to get an update from Howard?

Hey Naeem. Let me check in with him on Monday.

Thanks

N/p

2/8/16, 2:44 PM

Hey Naeem, Howard said to give him a call – Redacted
Redacted

Or he can call you later on when good for you

I will call him now

sounds good

Today, 8:29 AM

Hey Naeem, possible to get the Redacted
R pw?

Thx

Delivered

**CONFIDENTIAL**