1   JOHN W. SPIEGEL (State Bar No. 78935)
    john.spiegel@mto.com
2   KELLY M. KLAUS (State Bar No. 161091)
    kelly.klaus@mto.com
3   KURUVILLA J. OLASA (State Bar No. 281509)
    kuruvilla.olasa@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, California 90071-1560
6   Telephone:  (213) 683-9100
    Facsimile:  (213) 687-3702
7
8   Attorneys for Defendants
9
              UNITED STATES DISTRICT COURT
10
       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
11

12  Sisyphus Touring, Inc.,                    Case No. 2:15-CV-09512-RSWL-PJW

13            Plaintiff,                        **DECLARATION OF KURUVILLA
                                                J. OLASA IN OPPOSITION TO
14       vs.                                    PLAINTIFF'S MOTION FOR
                                                SUMMARY JUDGMENT**
15  TMZ Productions, Inc., TMZ.com,
    EHM Productions, Inc., Warner Bros.        Judge:  Hon. Ronald S.W. Lew
16  Entertainment Inc., Does 1-10,            Date:   August 16, 2016
                                               Time:   10:00 a.m.
17            Defendants.                       Crtrm: 21

18  ─────────────────────────────
19  TMZ Productions, Inc., EHM
20  Productions, Inc., and Warner Bros.
    Entertainment Inc.,
21
              Third-Party Plaintiffs,
22
23       vs.
24  Naeem Munaf,
25            Third-Party Defendant.
26  ─────────────────────────────
27
28

                                        OLASA DECL. IN OPPOSITION TO PL.'S MSJ
                                        2:15-CV-09512-RSWL-PJW

I, Kuruvilla J. Olasa, am an attorney with the law firm of Munger, Tolles & Olson LLP, which represents the Defendants in this matter. The facts stated in this declaration are true and are based upon my personal knowledge. If called upon to do so, I could testify truthfully and competently to them.

1.      Exhibit 1 to this declaration is a true and correct copy of a document the Parties have stipulated is an exchange of text messages between Naeem Munaf and Jared Rosenberg between September 8, 2015, and sometime on or around February 8, 2016. Stipulated Facts ("S.F."), Dkt. 40, ¶ 20. [1]

2.      Exhibit 2 to this declaration is a true and correct copy of a document that the Parties have stipulated is the copyright registration application submitted by Plaintiff on December 7, 2015, for four excerpts of the video of Jared Leto shot by Naeem Munaf on September 8, 2015. S.F. ¶ 30.

3.      Exhibit 3 to this declaration is a true and correct copy of an excerpt from Defendants' Objections and Responses to Plaintiff's Interrogatories – Set One, dated May 31, 2016.

4.      Exhibit 4 to this declaration is a true and correct copy of an excerpt from the Response of Plaintiff Sisyphus Touring, Inc. to Defendants' First Set of Requests for Production of Documents, dated May 31, 2016.

5.      Exhibit 5 to this declaration is a true and correct copy of an article dated December 7, 2015, published on Billboard.com, and titled "Jared Leto Listens to Taylor Swift's '1989' for Musical Inspiration: See His Reaction." I obtained a copy of this article on July 25, 2016, at the following webpage:

---

[1] Pursuant to an agreement among the Parties and to protect the privacy of individuals referenced in these documents, Defendants have redacted telephone numbers and email addresses from the documents attached to this declaration. *See* S.F. at 4 n.2. If the Court would prefer for the parties to file unredacted versions of these documents, Defendants will promptly file the unredacted versions under seal.

1  http://www.billboard.com/articles/columns/pop/6785979 /jared-leto-taylor-swift-

2  1989-listening-video-studio.

3       I declare under penalty of perjury under the laws of the United States that the

4  foregoing is true and correct and that this declaration was executed this 26th day of

5  July 2016 at Los Angeles, California.

6                                By:_____*/s/ Kuruvilla J. Olasa*_____

7                                   KURUVILLA J. OLASA

-2-

# Exhibit 1

Exhibit 1
Olasa Opp. Decl. Page 3

iMessage with Redacted
9/8/15, 7:51 PM

Naeem, 2 quick things to note –

1. Jared likes to be shot from his left, he prefers that side.

2. At some point ask him to give you an update on where things are at in the recording process. Just an update to camera.

Thank you.

Sounds great

Thx

9/8/15, 10:26 PM

think I hit a pretty off mighty, Jared was exhausted, honestly no real good in there, at least from a standalone perspective

night"

Jared called it a night already

Got it

We'll see if you can string anything together. Even if it is a teaser price that hints at them in the studio

Could be a fun take

I'll review and see what's up

Ok

12/6/15, 7:57 PM

Hey Naeem, it's JR with Thirty seconds to Mars. Left VM for you. Give me a call if you can pleaseZ thank you

Driving from Vegas still, can't listen to van I don't think it's set up yet

You on cell to chat real quick?

Ehh Ppl are sleeping how is 11

That works. Can get me at this number - Redacted

**CONFIDENTIAL**

**STI 000007**

Exhibit 1
Olasa Opp. Decl. Page 4

Red

Redacted

Thank you

12/6/15, 10:47 PM

Call u in five if that's okay, heard ur vm saying its urgent

thx

sorry, just on the other line and can call you back

Sorry just saw that

call you back within 5

k

calling you right now

Some unknown number called me?

that was me from my other phone

Oh it sounded like someone else, just call me from your cell

what can I help with, sorry in n out now it's loud

Thanks so much again. I just sent you the NDA

It is the basic NDA that everyone signs

i getcha. I just don't have footage with me so if u pay me or something in reference to #2

If that makes sense

Yes, I know

You have said you will get to us as soon as you can so thats fine

It doesn't say you have to get to us right now. Just agreeing that you will eventually.

I need to confirm that it exists still then on a hard drive

If it doesn't exist it is fine. The most important part

**CONFIDENTIAL**

**STI 000008**

Exhibit 1
Olasa Opp. Decl. Page 5

is point 1

having proof that we own any footage the has been shot in the studio, so that incase it this footage we can claim copyright and stop to

Gotcha just the fact that anything in the studio is yalls so no one should have that in the first place

exactly

Make sense?

sure but reading the whole thing i am concerned again about if someone hacked my stuff that I'm responsible for it now because of signing this

Call me, we can talk through. It actually helps us protect it from getting out if someone did

You won't be responsible if someone hacked you. You have my word

alright, i am taking a picture of the first and last page

hopefully this gets resolved

thank you. I need all 3 i believe

sorry, i know a pain

You can actually use GENUISCAN, great iPhone app

can i send three image or no

?

Can use this. Super easy - https://itunes.apple.com/us/app/genius-scan-pdf-scanner/id377672876?mt=8

let me know if that worked for you.

emailed

hopefully this helps your situation out

Received thanks so much. Are you on Venmo?

Need to pay you.

**CONFIDENTIAL**

**STI 000009**

Exhibit 1
Olasa Opp. Decl. Page 6

i am, just my phone number should be receivable

> Ok. Just going to shoot you an email saying we are paying you 30 an hour for the work you did on Sept 8th. I know so long ago but do you remember how many hours?

> 3?

sounds about right, mostly i was waiting around for an hour

> Just shot you an email

> Going to send to you now, Sorry again for the firedrill but thank you so much for your help

sorry I need to go to bed

we good?

> give me 2 min

> just sending right now

> did you get email?

yes do I need to reply

> yes pls

okay replied

> thx. stand by to just confirm you get money

> Will take you out for a nice dinner as well

lol alright, mainly just make sure all is good with this deal

> hang in there for a minute

?

> in process

> Hey! Let's Venmo :) http://www.venmo.com/Jared-Rosenberg-4

> just sent

**CONFIDENTIAL**

STI 000010

Exhibit 1
Olasa Opp. Decl. Page 7

just let me know you receive

Looks like I got it

Ok great. Can you confirm?

K replied email

Thanks so much Naeem. I'm not accusing you, but if there is any chance at all that you did send the footage to someone you must email them immediately and let them know you don't own the footage. And they no longer have permission to use it. Or else it's going to get really really ugly.

Were you at all able to get in touch with your brother?

It's <u>2am</u> in Dallas. I did not send footage to anyone, it sat on a drive

sorry but that last text I really wasn't a fan of

understand, sorry didn't mean to be harsh

just meant if you had sent it to anyone you know

no because it doesn't make sense to

fair enough

sorry for the fire drill and thanks so much for being so helpful

Sure thing. Like honestly when I was there, from what I remember it was very chill and they didn't talk about anything much but that track they were working on

Heading to bed

12/7/15, 8:23 AM

Hey Naeem, the footage has leaked on tmz and now have lawyers and police involved so it s important we get that footage you shot so we can clear it wasn't yours.

I think I know what happened. I rent out my c100 and I have the list of people I have ever rented to

Need that list please

**CONFIDENTIAL**

okay I need to get to it

and we need to figure out what else was on that footage, were there any of the MARS songs, etc.

i just sent list

got it

You would have

*you would have given them the SD cards with previous footage on them?

I don't remember shooting anything immediately after Jarred's shoot so it easily could have stayed in the camera

But I also would give them a ninja recorder so some guys would shoot to solid state and not use the sd cards and I don't want to accuse them

Can you find the card?

I'm looking as we speak

when you rent your camera out do they sign any paperwork?

yes I have most of them

I think

Can you forward?

Yes I need to gather and scan

I really wish this stuff was dealt with at that time, I never heard from you about editing any videos so i forgot about it

likewise, I did ask you to make edits and you said you were going to look through footage and see what you could do, but didn't hear back from you

FYI our last communication in Sept from my texts

9/8/15, 10:19 PM

think I hit a pretty off mighty, Jared was exhausted, honestly no

**CONFIDENTIAL**

STI 000012
Exhibit 1
Olasa Opp. Decl. Page 9

real good in there, at least from a
standalone perspective

night"

Jared called it a night already



I'll review and see what's up



I started a full time position at the beginning of
August so it was a random gig I picked up with u
that happened to work out that night

otherwise I wouldn't have been able to shoot

Re: Kellen, seems like he used right after you shot
and was last to use

is there any chance it is on that SD carD?

Do you know what kind of camera man he is? What
he rents for?

not off top of my head, I never asked those thugs

Basically I would post on Craigslist and people
contact me and I make them fill the agreement and
deposit and stuff

and then they use the gear and I get it back

Asked those things*****

is card clean from what he last shot?

Or can you see what he shot?

Do you have records if you have them SD cards or
no?

it would be still on there if he used the ninja recorder

I have a lot of sd cards, let me keep looking before I
move to the next thing



Wow I found it, it was floating around in the case

yes this is it, thank god

**CONFIDENTIAL**

I'm supposed to go into work soon but I need to get this to you immediately

> Yes please. How can I get from you? Do you want me to meet you somewhere?

> also need those agreements

> Any way to track/tell who had access to that card???

Where are u located. I don't dee how I could know which ones would get used

> so basically anyone with that case had access to it potentially

sadly

can we get the thing removed from tmz since we have the footage, I can just tell them I shot it and they have no right to use it

> Send me an email saying that.

> that I can fwd to our legal

okay hold on and then I'm looking for agreements

> saying you shot the footage and it is Jared and they have no right to it. It was stolen from you, etc.

> I'm in Hollywood

sent. looking for all agreements

okay i have a couple of them, a little bit disorganized

i have physical copies but i have a lot of correspondence via email too for the ones that i don't

> Ok

> Need that footage. Where can we meet

I'm close to 5 and 134

whatever makes sense

> I can come to you. Do you want to just send address

**CONFIDENTIAL**

STI 000014

Exhibit 1
Olasa Opp. Decl. Page 11

theres a starbucks near me

> Ok send me address and i can tell you how far

theres this starbucks
1360 E Colorado St, Glendale, CA 91205

> K i can be there in 26-30 minutes

> Can you bring card reader as well

i don't think i have an external reader, are u bringing
your computer

i have one on my macbook of course

> Yes

> MacBook Air 

got it, we're good, text me when you're close

> Ok

> 7 min away

okay i will leave now

> CudaSign (formerly SignNow) - Sign and Fill PDF &
> Word Documents by SignNow https://appsto.re/us/B
> ZykD.i

12/7/15, 2:50 PM

> Hey Naeem, you on text?

yes

> Speaking to our team and next step on your end
> would be to go to Glendale PD and file a police
> report that footage has been stolen from you.

> Our private investigator has a contact at Glendale PD
> that we can set you up with

Okay thank you, I won't be off work until 6. I've
never filed a report however for something like this

> I'm sure this has never happened to you. But very
> serious so we need to take all steps because

**CONFIDENTIAL**

STI 000015

Exhibit 1
Olasa Opp. Decl. Page 12

lawyers, federal court, et involved

okay can he help me with it or what

Yes our PI will link you with his contact at Glendale PD who will take care of you

Okay thank you

I spoke to him and I can also join to make sure everything is covered incase I need to file anything from our side as well

Confirming they will be there post 6pm

i have to come from the west side so its terrible traffic back to glendale

Ok. What time do you think?

if i leave at 6, by 7:30 hopefully

Ok. I will confirm.

okay

FYI just off with our PI who is getting on a flight. You and I can talk to him real quick if you have a moment to break out. Otherwise I got step by step instructions so we are good for when we go to PD tonight

I can't really step out since I came in late

N/p

I have step by step instructions so we will be good

12/7/15, 5:57 PM

Hey Naeem, just a heads up I'm out in Glendale going to work out of coffee shop near the station so just let me know when back. Tried to beat the traffic

Okay I'm about to be able to leave

Ok

Where exactly should I meet you

**CONFIDENTIAL**

STI 000016

Exhibit 1
Olasa Opp. Decl. Page 13

We can meet at station or at coffee spot prior and I can explain to you process

Okay address of coffee place?

Send shortly. Not there yet

Going to be at this coffee bean around corner from PD

300 N Glendale Ave
Glendale, CA 91206
United States

K I will meet u there

thx. any idea on ETA?

15 ish

ok thx

12/9/15, 10:09 AM

Hey Naeem, any word or response from WE TRANSFER re: getting that link taken down?

I just forwarded what I sets received but they have not responded to taking the links down yet

got it.

Thx and with absolute certainty nobody else has any other footage then what is in those 3 links?

really important to know the truth

no one but the TMZ person should have access to that link. The only person with access to all of the footage is you

got it. And you didn't send out any other footage to anyone other then those?

That is correct only that footage in the links exactly

thx

Hey Naeem, did TMZ reach out to you at all on

**CONFIDENTIAL**

Sunday or was all of your communication with them on Friday in those emails?

The TMZ person asked who the "other person in the video was" and I believe it was Sunday. But I did not respond

U can see in that pdf image that was forwarded to your email from my understanding

got it, thanks Naeem

they never reached out Sunday night to verify again, etc.

Sorry for the delay, I know it's timely just at work

No they did not Reach out to verify the validity or anything of the footage

They did not call either

or email

Thx

12/9/15, 6:09 PM

Forwarded email. Wetransfer links have been taken down

Thx

12/10/15, 12:10 PM

Hey Naeem. Has TMZ contacted you via that email address since Sunday? Last night? This am?

I did not see anything yesterday when confirming Wetransfer I can login to check

There is no email from TMZ as of right now

Thx

12/11/15, 9:24 AM

Hey Naeem, just wanted to ask that you please don't delete any emails in that account you created. Thank you.

12/11/15, 11:35 AM

correct, leaving everything there

**CONFIDENTIAL**                                    STI 000018

Exhibit 1
Olasa Opp. Decl. Page 15

thank you

1/20/16, 11:40 PM

Confirmed for 830 tomorrow night –

Coogies café

2906 Santa Monica Blvd
Santa Monica, CA  90404
United States

Okay I will see you then

2/6/16, 3:05 PM

Is it possible to get an update from Howard?

Hey Naeem. Let me check in with him on Monday.

Thanks

N/p

2/8/16, 2:44 PM

Hey Naeem, Howard said to give him a call – Redacted
Redacted

Or he can call you later on when good for you

I will call him now

sounds good

Today, 8:29 AM

Hey Naeem, possible to get the Redacted
R  pw?

Thx

Delivered

**CONFIDENTIAL**

# Exhibit 2

Exhibit 2
Olasa Opp. Decl. Page 17

Registration #:   *-APPLICATION-*
Service Request #:   1-2937892611

## Mail Certificate _____

King Holmes Paterno & Soriano, LLP
Dan Jensen
1900 Avenue of the Stars
25th Floor
Los Angeles, CA 90067-4506 United States

**Priority:**   Special Handling       **Application Date:**   December 07, 2015

## Correspondent _____

| | |
|---|---|
| **Organization Name:** | King Holmes Paterno & Soriano, LLP |
| **Name:** | Dan Jensen |
| **Email:** | Redac@khpslaw.com Redacte |
| **Telephone:** | (310) d |
| **Alt. Telephone:** | (310) |
| **Fax:** | (310) |
| **Address:** | 1900 Avenue of the Stars |
| | 25th Floor |
| | Los Angeles, CA 90067-4506 United States |

**STI 000109**

Exhibit 2
Olasa Opp. Decl. Page 18

Registration Number
# *-APPLICATION-*

## Title _____

          **Title of Work:**    30 Seconds to Mars LP5 Documentary Footage (09/08/2015)

## Completion/Publication _____

      **Year of Completion:**    2015

## Author _____

    •     **Author:**    Sisyphus Touring, Inc.
     **Author Created:**    entire motion picture
 **Work made for hire:**    Yes
       **Citizen of:**    United States
     **Domiciled in:**    United States

## Copyright Claimant _____

    **Copyright Claimant:**    Sisyphus Touring, Inc.
                      c/o King Holmes Paterno & Soriano, LLP, 1900 Avenue of the Stars, 25th Floor,
                      Los Angeles, CA, 90067-4506, United States

## Rights and Permissions _____

    **Organization Name:**    King Holmes Paterno & Soriano, LLP
            **Name:**    Peter T Paterno
           **Email:**    Redacted
     **Telephone:**    (310) Redacte
 **Alt. Telephone:**    (310) d
       **Address:**    1900 Avenue of the Stars
                    25th Floor
                    Los Angeles, CA 90067-4506 United States

## Certification _____

         **Name:**    Dan Jensen
          **Date:**    December 07, 2015

Page 1 of 2

Exhibit 2
Olasa Opp. Decl. Page 19

# Exhibit 3

Exhibit 3
Olasa Opp. Decl. Page 21

ORIGINAL

1  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
3  KURUVILLA J. OLASA (State Bar No. 281509)
   kuruvilla.olasa@mto.com
4  MUNGER, TOLLES & OLSON LLP
5  355 South Grand Avenue
   Thirty-Fifth Floor
6  Los Angeles, California 90071-1560
7  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
8
   Attorneys for Defendants
9

10            UNITED STATES DISTRICT COURT

11     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| 13  SISYPHUS TOURING, INC., | Case No. 2:15-CV-09512-RSWL-PJW |
| 14        Plaintiff, | **DEFENDANTS' OBJECTIONS AND** |
| 15        vs. | **RESPONSES TO PLAINTIFF'S FIRST SET OF** |
| 16 | **INTERROGATORIES** |
| 17  TMZ PRODUCTIONS, INC., TMZ.COM, EHM PRODUCTIONS, | |
| 18  INC., WARNER BROS. ENTERTAINMENT INC., DOES 1-10, | |
| 19 | |
| 20        Defendants. | |
| 21  TMZ PRODUCTIONS, INC., EHM PRODUCTIONS, INC., AND | |
| 22  WARNER BROS. ENTERTAINMENT INC., | |
| 23        Third Party Plaintiffs, | |
| 24        vs. | |
| 25  "JAKE MILLER" (named herein as DOE 1, | |
| 26        Third Party Defendant. | |

27

28

1 | Defendants object that the undefined term "number of views" is vague and
2 | ambiguous.  Defendants construe the term "number of views" to mean the number
3 | of times the WEBPAGE was accessed by remote computers, as determined by
4 | TMZ.com's automated software processes.  Subject to and without waiving the
5 | foregoing objections, Defendants respond that the total number of views of the
6 | WEBPAGE, as determined by TMZ.com's automated software processes, from
7 | December 7, 2015, until May 30, 2016, was 339,026.

8 | **INTERROGATORY NO. 2:**

9 | State the total number of visitors to the WEBPAGE since December 7, 2015.

10 | **RESPONSE TO INTERROGATORY NO. 2:**

11 | Defendants incorporate their Prefatory Statement and General Objections.
12 | Defendants further object to this interrogatory on the grounds that the undefined
13 | term "number of visitors to the WEBPAGE" is vague and ambiguous.  To the extent
14 | that this term refers to the number of unique individuals who visited the
15 | WEBPAGE, it is not technologically feasible for Defendants to provide a precise
16 | count of such individuals, and Plaintiff's request for such information is overly
17 | broad, unduly burdensome, and not proportional to the needs of this case.  A single
18 | individual may visit a webpage from multiple computers and mobile devices and, as
19 | a result, may be counted as more than one "visitor."  Similarly, multiple
20 | WEBPGAGE visits by a single individual using a single computer or device may, in
21 | some circumstances, be counted as more than one "visitor."  Defendants will
22 | provide information regarding the number of visitors to the WEBPAGE, as
23 | determined by TMZ.com's automated software processes, but do not represent that
24 | this number of visitors reflects the number of unique individuals who visited the
25 | WEBPAGE.

26 | Subject to and without waiving the foregoing objections, Defendants respond
27 | that the total number of visitors to the WEBPAGE, as determined by TMZ.com's

28 |

-4-

1  automated software processes, from December 7, 2015, until May 30, 2016, was

2  301,437.  The number of unique visitors to the WEBPAGE, as determined by

3  TMZ.com's automated software processes, from December 7, 2015, until May 30,

4  2016 was 280,536.

5  **INTERROGATORY NO. 3:**

6       State the total number of times WEBPAGE visitors have clicked on the link

7  to view the FOOTAGE (as used herein, the term "FOOTAGE" means the video

8  footage filmed at the home of Jared Leto by Naeem Munaf a/k/a "Jake Miller" on or

9  about September 8, 2015, and posted to TMZ.com on December 7, 2015).

10  **RESPONSE TO INTERROGATORY NO. 3:**

11       Defendants incorporate their Prefatory Statement and General

12  Objections.  Defendants object to this request as unduly burdensome and not

13  proportional to the needs of this case because it is not reasonably feasible to

14  determine the number of times viewers of the FOOTAGE viewed the FOOTAGE by

15  clicking the link on the WEBPAGE as opposed to accessing the link in some other

16  manner.  Subject to and without waiving the foregoing objections, Defendants

17  respond that the total number of times viewers of some or all of the FOOTAGE

18  accessed the link to the FOOTAGE, as determined by TMZ.com's automated

19  software processes, from December 7, 2015, until May 30, 2016, was 596,192.

20  **INTERROGATORY NO. 4:**

21       State the total amount of revenue you have earned or received since

22  December 7, 2015, arising out of or relating to the FOOTAGE or the WEBPAGE.

23  **RESPONSE TO INTERROGATORY NO. 4:**

24       Defendants designate this Response as "Confidential" pursuant to the

25  agreement of counsel protecting confidentiality pending the entry of an appropriate

26  protective order.

27       Defendants incorporate their Prefatory Statement and General Objections.

28

-5-

1    I, Jason Beckerman, am authorized to make this verification on behalf

2 of Defendants TMZ Productions, Inc., TMZ.com, EHM Productions, Inc., and

3 Warner Bros. Entertainment Inc. (collectively, "Defendants"). I have read the

4 foregoing document entitled Defendants' Objections and Responses to Plaintiff's

5 First Set of Interrogatories ("Responses") and know its contents. I am informed and

6 believe that the Responses are true and correct. To the extent the Responses are not

7 based on personal knowledge, they are based on reasonable investigation of

8 corporate records and personnel of Defendants and on information collected and

9 made available to me by others.

10    I certify under penalty of perjury under the laws of the United States

11 and of the State of California that the foregoing is true and correct and that this

12 verification was executed on May 31, 2016.

13

14

15                                                    Jason Beckerman

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 4

Exhibit 4
Olasa Opp. Decl. Page 26

1    KING, HOLMES, PATERNO & SORIANO, LLP
     HOWARD E. KING, ESQ., STATE BAR NO. 77012
2    SETH MILLER, ESQ., STATE BAR NO. 175130
     SMILLER@KHPSLAW.COM
3    1900 AVENUE OF THE STARS, 25TH FLOOR
     LOS ANGELES, CALIFORNIA 90067-4506
4    TELEPHONE: (310) 282-8989
     FACSIMILE:  (310) 282-8903
5
   Attorneys for Plaintiff SISYPHUS
6    TOURING, INC.

7

8               UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11    SISYPHUS TOURING, INC.,

12               Plaintiff,

13       vs.

14    TMZ PRODUCTIONS, INC., a
     California corporation; TMZ.com, a
15    fictional entity of unknown form; EHM
     PRODUCTIONS, INC., a California
16    corporation; WARNER BROS.
     ENTERTAINMENT, INC., a Delaware
17    corporation; and DOES 1-10, inclusive,

18               Defendants.

     CASE NO. 2:15-cv-09512-RSWL (PJWx)
     Hon. Ronald S. W. Lew, Courtroom 21

     **RESPONSE OF PLAINTIFF
     SISYPHUS TOURING, INC. TO
     DEFENDANTS' FIRST SET OF
     REQUESTS FOR PRODUCTION OF
     DOCUMENTS**

     Action Commenced: December 9, 2015
     Trial Date:              January 10, 2017

19

20    PROPOUNDING PARTY:  Defendants TMZ PRODUCTIONS, INC., TMZ.com,

21                                EHM PRODUCTIONS, INC. and WARNER BROS.

22                                ENTERTAINMENT, INC.

23    RESPONDING PARTY:    Plaintiff SISYPHUS TOURING, INC.

24    SET NO.:                ONE (1)

25        Pursuant to Federal Rule of Civil Procedure 34, Plaintiff SISYPHUS

26    TOURING, INC. ("Plaintiff" or "Responding Party") hereby responds to

27    Defendants TMZ PRODUCTIONS, INC., TMZ.com, EHM PRODUCTIONS, INC.

28    and WARNER BROS. ENTERTAINMENT, INC.'s ("Defendants" or

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

2          Responding Party incorporates herein by reference the foregoing General

3    Objections.  Responding Party further objects to this Request on the grounds that it

4    seeks documents and information protected by the attorney-client privilege and/or

5    doctrine of attorney work product, and is vague, ambiguous, uncertain, overbroad,

6    and not reasonably limited in time and scope.  Subject to and without waiving the

7    foregoing specific and General Objections, Responding Party responds:  Responding

8    Party does not contend that Naeem Munaf is or has ever been its employee and

9    hence will not produce any documents in response to this Request.

10   **REQUEST FOR PRODUCTION NO. 4:**

11         All DOCUMENTS concerning, discussing, referencing, or planning the

12   creation of the FOOTAGE or the PUBLISHED FOOTAGE.

13   **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

14         Responding Party incorporates herein by reference the foregoing General

15   Objections.  Responding Party further objects to this Request on the grounds that it

16   seeks documents and information protected by the attorney-client privilege and/or

17   doctrine of attorney work product, is vague, ambiguous, uncertain, overbroad, not

18   reasonably limited in time and scope, and seeks information and documents that are

19   not relevant to any party's claim or defense.  Subject to and without waiving the

20   foregoing specific and General Objections, Responding Party responds:  Responding

21   Party will produce its relevant, non-privileged documents responsive to this

22   Request, if any, that can be located after a reasonably diligent, good faith search.

23   **REQUEST FOR PRODUCTION NO. 5:**

24         All DOCUMENTS concerning, reflecting, discussing or referencing YOUR

25   plans or efforts to create, produce, sell, license or market a documentary concerning

26   or relating to the recording of Thirty Seconds to Mars's fifth studio album or LP or

27   any album or single that has not been commercially released as of January 31, 2016.

28   / / /

KING, HOLMES,
PATERNO &
SORIANO, LLP

3483.062/1026136.1                              7                    Exhibit 4
                                                                     Olasa Opp. Decl. Page 28

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

1 

2      Responding Party incorporates herein by reference the foregoing General

3 Objections.  Responding Party further objects to this Request on the grounds that it

4 seeks documents and information protected by the attorney-client privilege and/or

5 doctrine of attorney work product, is vague, ambiguous, uncertain, overbroad, not

6 reasonably limited in time and scope, seeks confidential and proprietary business or

7 financial information or trade secrets of Plaintiff or third parties, and seeks

8 information and documents that are not relevant to any party's claim or defense.

9 Subject to and without waiving the foregoing specific and General Objections,

10 Responding Party responds:  Responding Party will produce its relevant, non-

11 privileged documents responsive to this Request, if any, that can be located after a

12 reasonably diligent, good faith search that concern or relate to a documentary, if

13 any, for which the FOOTAGE was shot.  After a reasonably diligent, good faith

14 search, Responding Party is unable to locate any such responsive documents.

**REQUEST FOR PRODUCTION NO. 6:**

16      All DOCUMENTS reflecting communications between YOU and Defendants

17 or any agent, publicist, or representative of Defendants concerning or referencing

18 the FOOTAGE or the PUBLISHED FOOTAGE .

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

20      Responding Party incorporates herein by reference the foregoing General

21 Objections.  Responding Party further objects to this Request on the grounds that it

22 seeks documents and information protected by the attorney-client privilege and/or

23 doctrine of attorney work product, is vague, ambiguous, uncertain, overbroad, not

24 reasonably limited in time and scope, and seeks information and documents that are

25 not relevant to any party's claim or defense.  Subject to and without waiving the

26 foregoing specific and General Objections, Responding Party responds:  Responding

27 Party will produce its relevant, non-privileged documents responsive to this

28 Request, if any, that can be located after a reasonably diligent, good faith search.

1   **REQUEST FOR PRODUCTION NO. 7:**

2      All DOCUMENTS relating to any application to register the FOOTAGE, any

3   portion of the FOOTAGE, or the PUBLISHED FOOTAGE with the United States

4   Copyright Office ("Copyright Office"), including any material deposited with the

5   Copyright Office and any communications with the Copyright Office.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

7      Responding Party incorporates herein by reference the foregoing General

8   Objections.  Responding Party further objects to this Request on the grounds that it

9   seeks documents and information protected by the attorney-client privilege and/or

10  doctrine of attorney work product, is vague, ambiguous, uncertain, overbroad, not

11  reasonably limited in time and scope, and seeks information and documents that are

12  not relevant to any party's claim or defense.  Subject to and without waiving the

13  foregoing specific and General Objections, Responding Party responds:  Responding

14  Party will produce its relevant, non-privileged documents responsive to this

15  Request, if any, that can be located after a reasonably diligent, good faith search.

16

17  DATED:  May 31, 2016                KING, HOLMES, PATERNO &
                                        SORIANO, LLP
18

19

20                                      By: _____

21                                          HOWARD E. KING
                                            SETH MILLER
22                                      Attorneys for Plaintiff SISYPHUS TOURING,
23                                      INC.

24

25

26

27

28

KING, HOLMES,
PATERNO &
SORIANO, LLP

3483.062/1026136.1                          9                        Exhibit 4
                                                            Olasa Opp. Decl. Page 30

# Exhibit 5

Exhibit 5
Olasa Opp. Decl. Page 31

Videos   Photos   Lists   Live   Artists   Podcasts   Pop   R&B/Hip-Hop   Chart Beat   Shop

Hot 100 Fest



Newsletters
Subscribe Now & Save



Charts Center   News   Hot 100   Billboard 200   Charts   Videos   Search Billboard


THE PATCH   ORIGINAL ARTIST INTERVIEWS. INTIMATE PERFORMANCES. BEHIND-THE-SCENES CONTENT.   EXPLORE



11/7/2015
Jared Leto Listens to Taylor Swift's '1989' For Musical Inspiration: See His Reaction

FIND OUT MORE
PROTECT YOUR STYLE FROM SWEAT.
AXE


Don't Miss The 100 Year Anniversary of the World Famous Zoo
Ad Content by San Diego Zoo


POP 4:44 PM
Four Christina Grimmie Music Videos Will Premiere on Billboard in August


POP 2:17 PM
Maddie Ziegler to Join Sia's Nostalgic For The Present Tour


POP 2:41 PM
Adele Adds Two Additional L.A. Concerts



POP 10:59 AM
Watch Justin Timberlake Do 'The Carlton' With Alfonso Ribeiro & Stephen Curry While Golfing


POP 9:08 AM
Aretha Franklin Brings Heat to Sweltering Cincinnati Pops Performance


POP 8:57 AM
Rihanna Makes It Very Clear: No Pokémon Go Hunting at Her Shows


POP 7/24/2016
Beyonce Concertgoer Freaks Out Over Pokemon Go Player in Front of Him


POP 7/24/2016
Joe Jonas Says He's 'So Proud' of Little Brother Nick, Calls Demi Lovato 'The Best Version of Herself I've Ever Known'


POP 7/24/2016
Ariana Grande Was Invited to Perform at DNC, Declined Due to Scheduling Conflict

POP 7/24/2016

# Jared Leto Listens to Taylor Swift's '1989' For Musical Inspiration: See His Reaction

12/7/2015 by Natalie Weiner



Jared Leto attends the Swarovski X Lanvin Cocktail Party at Shangri-La Hotel Paris on March 6, 2015 in Paris, France.
BERTRAND RINDOFF PETROFF/GETTY IMAGES FOR SWAROVSKI

You weren't the only one hearing "Starbucks lovers" on Taylor Swift's just-Grammy-nominated single "Blank Space" -- Jared Leto thought the same thing when he listened to *1989* for what appears to be the first time in a new video obtained by *TMZ*.

Jared Leto on Packing on the Pounds to Play the Joker, Thirty Seconds to Mars' Success and Why He's 'Terminally Dissatisfied'


The Shocking Truth About Annuities
If you have a $500,000 portfolio, uncover truths about annuities by reading *Annuity Insights: Nine Questions Every Annuity Owner Should Ask* from *Forbes* columnist Ken Fisher's firm.
Click Here to Download Your Guide!

The listening session, which according to *TMZ* took place a few months back while Leto was in the studio with one of his 30 Seconds to Mars bandmates, spanned "Welcome to New York," "Blank Space," and "Style" (an "interesting little pop song," in Leto's words).

Watch his reaction to the album below:




00:00   01:15   1100k   SHARE   TMZ

Exhibit 5
Class Opp. Decl. Page 32