JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SISYPHUS TOURING, INC., | CV No. 15-09512-RSWL-PJW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TMZ PRODUCTIONS, INC., et al., | |
| Defendants. | |

**WHEREAS**, on September 23, 2016, the Court granted Defendants MBLC Productions Inc. (formerly known as TMZ Productions, Inc.), EHM Productions, Inc., and Warner Bros. Entertainment Inc.'s ("Defendants") Motion for Summary Judgment [47] in its entirety.

///
///
///
///
///
///
///

1  **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that
2  Judgment be entered in favor of Defendants and against
3  Plaintiff Sisyphus Touring, Inc. ("Plaintiff").  This
4  action is hereby dismissed in its entirety; and
5  Defendants shall recover their costs in this action.
6  **IT IS SO ORDERED.**
7  DATED: September 23, 2016          s/ RONALD S.W. LEW
8                                     **HONORABLE RONALD S.W. LEW**
                                      Senior U.S. District Judge

2